**Fill in this information to identify the case:**

Debtor name   Tonawanda Coke Corporation

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NEW YORK

Case number (if known)   1-18-12156

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:    Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..........................................................................................   $    11,614,000.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................................................   $    14,977,000.00

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................................   $    26,591,000.00

### Part 2:    Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................   $    8,080,303.03

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................   $    10,382.67

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................   +$    6,399,719.19

4.   **Total liabilities** ........................................................................................
    Lines 2 + 3a + 3b       $    14,490,404.89

**Fill in this information to identify the case:**

Debtor name    Tonawanda Coke Corporation

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known)    1-18-12156

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2.   **Cash on hand** | | | $1,000.00 |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Key Bank (Operating) | Checking | 3196 | $3,000.00 |
| 3.2. | Key Bank (Salary Payroll) | Checking | 3139 | $500.00 |
| 3.3. | Key Bank (Hourly Payroll) | Checking | 3147 | $500.00 |
| 3.4. | ADP Paycard (Aline Card) | Card Funding | 6848 | $5,000.00 |

4.   **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | Key Bank Money Market Account | $0.00 |

5.   **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

     $10,000.00

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    Tonawanda Coke Corporation      Case number *(If known)* 1-18-12156
       Name

---

**Part 2:**    **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

     7.1.   Security and Utility Deposits (Nat Fuel, PolyTank, H&R Const)      $50,000.00

     7.2.   Legal Retainers (Hodgson Russ, Harris Beach, Pepper Hamilton)      $458,000.00

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

     8.1.   Prepaid Insurance      $506,000.00

     8.2.   Prepaid Property Taxes      $13,000.00

9.    **Total of Part 2.**      $1,027,000.00
     Add lines 7 through 8. Copy the total to line 81.

---

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

     11a. 90 days old or less:    1,237,000.00   -   0.00   = ....      $1,237,000.00
         face amount       doubtful or uncollectible accounts

12.    **Total of Part 3.**      $1,237,000.00
     Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

---

Official Form 206A/B      Schedule A/B Assets - Real and Personal Property      page 2

Debtor    Tonawanda Coke Corporation    Case number *(If known)* 1-18-12156
_____Name_____

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **39. Office furniture** | | | |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| All of the above including Furniture | Unknown | | $74,000.00 |

**42. Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | $74,000.00 |
| --- | --- |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

---

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  General Purpose Vehicles | Unknown | | $0.00 |

**48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

---

Case 1-18-12156-MJK,    Doc 16,    Filed 10/18/18,    Entered 10/18/18 17:56:19,
Description: Main Document  , Page 4 of 39

Debtor    Tonawanda Coke Corporation      Case number *(If known)* 1-18-12156
Name

| | | | |
|---|---|---|---|
| 49. | **Aircraft and accessories** | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | |
| | Material Handling Equipment | Unknown | $695,000.00 |
| | Machinery & Equipment | Unknown | $6,275,000.00 |
| | Construction in Progress | Unknown | $2,271,000.00 |

| | | |
|---|---|---|
| 51. | **Total of Part 8.** | $9,241,000.00 |
| | Add lines 47 through 50. Copy the total to line 87. | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   3860 & 3875 River Road | Owner | Unknown | | $156,000.00 |
| 55.2. <br> Land Improvements | Owner | Unknown | | $755,000.00 |
| 55.3. <br> Buildings & Ovens | Owner | Unknown | | $8,700,000.00 |
| 55.4. <br> Service Facilities | Owner | Unknown | | $2,000,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   Tonawanda Coke Corporation                                   Case number (If known) 1-18-12156
         Name

| 55.5. | 3821 River Road | Lease | Unknown | | $0.00 |
| 55.6. | Leasehold Improvements | Lease | Unknown | | $3,000.00 |

**56.** **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$11,614,000.00

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
■ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:   Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **60.** **Patents, copyrights, trademarks, and trade secrets**<br>Various Modular Block Patents | Unknown | | $0.00 |
| www.tonawandacoke.com | Unknown | | $0.00 |
| **61.** **Internet domain names and websites** | | | |
| **62.** **Licenses, franchises, and royalties**<br>Modular Block Royalties (Quarterly) | $0.00 | | $0.00 |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property**<br>Uncertain | Unknown | | $150,000.00 |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$150,000.00

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor      Tonawanda Coke Corporation                                          Case number *(If known)* 1-18-12156
_____                           _____
            Name

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
|---|---|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| | Deferred Taxes                Tax year  various | $3,238,000.00 |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | Buffalo BIlls Season Tickets | $0.00 |

78.    **Total of Part 11.**                                                                     | $3,238,000.00 |
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ☐ No
       ■ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor ___Tonawanda Coke Corporation_____     Case number *(If known)* __1-18-12156__
        Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $10,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,027,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,237,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $74,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $9,241,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $11,614,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $150,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $3,238,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $14,977,000.00 | + 91b. $11,614,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $26,591,000.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Tonawanda Coke Corporation

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known)    1-18-12156

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

  ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

| 2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**   Honeywell International, Inc.
Creditor's Name

115 Tabor Road
Morris Plains, NJ 07950-2134
Creditor's mailing address

dale@allendesnoyers.com
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
sec 64.12, Block 4, Lot 3
sec 64.12, Block 1, Lot 14
Sec 64.08, Block 1, Lot 10
Sec 64.12, Block 1, Lot 17

**Describe the lien**
Mortgage recorded May 9, 2017
Mortgage recorded October 31, 2017
Mortgage recorded April 26, 2018

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim: **$8,080,303.03**
Value of collateral: **Unknown**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$8,080,303.03**

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Tonawanda Coke Corporation__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF NEW YORK__

Case number (if known) __1-18-12156__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>American Funds<br>P.O. Box 2280<br>Norfolk, VA 23501 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,812.07 | $4,812.07 |
| | Date or dates debt was incurred<br>10/15/2018 | Basis for the claim:<br>Employee Deferral.  Salary employees 401K Plan. | | |
| | Last 4 digits of account number __Plan__<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (_5_) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>Mass Mutual Financial Group<br>37 Franklin Sttreet, #600<br>Buffalo, NY 14202 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,570.60 | $5,570.60 |
| | Date or dates debt was incurred<br>05/01/2018 - 07/31/2018 | Basis for the claim:<br>Employer contribution for quarter ended 7/31/18.<br>Hourly employees 401K Plan | | |
| | Last 4 digits of account number __Plan__<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (_5_) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | Tonawanda Coke Corporation | Case number (if known) | 1-18-12156 |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,052.00 |
|---|---|---|---|

A & F Wholesale
2517 Long Road, Suite 2
Grand Island, NY 14072

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,362.21 |
|---|---|---|---|

ACCCI
25 Massachusetts Avenue, NW, Suite 800
Washington, DC 20001

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Trace Association_

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,669.42 |
|---|---|---|---|

ACI Controls, Inc.
P.O. Box 8000
Department #575
Buffalo, NY 14224

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Active Workforce Inc.
853 Brighton Rd.
Tonawanda, NY 14150

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,415.01 |
|---|---|---|---|

Admar Construction Equipment & Supplies
1950 Brighton Henrietta Townline Road
Rochester, NY 14623-8000

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,133.53 |
|---|---|---|---|

ADP Inc.
P.O. Box 842875
Boston, MA 02284

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $833.00 |
|---|---|---|---|

Adsco Manufacturing Corporation
4979 Lake Ave.
Buffalo, NY 14219

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

Case 1-18-12156-MJK, Doc 16, Filed 10/18/18, Entered 10/18/18 17:56:19,
Description: Main Document , Page 11 of 39

| Debtor | Tonawanda Coke Corporation | Case number (if known) | 1-18-12156 |
|--------|---------------------------|------------------------|------------|
| | Name | | |

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00**

Advance Industries
P.O. Box 173
South Wales, NY 14139

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,360.00**

Advanced Manufacturing & Mechanical, Inc
3043 Lakeshore Blvd., Unit 9
Buffalo, NY 14219

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,177.16**

Affinity Personnel Solutions Inc.
P.O. Box 127
Buffalo, NY 14217

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,992.32**

Allied Mineral Products, Inc.
P.O. Box 951410
Cleveland, OH 44193

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,872.80**

Alpha Analytical, Inc.
145 Flanders Road
Westborough, MA 01581

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,404.96**

American Express
P.O. Box 650448
ATTN: Payment Processing
Dallas, TX 75265

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** _Financial Credit_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,707.68**

Applied Industrial Technologies
22510 Network Place
Chicago, IL 60673

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1-18-12156-MJK, Doc 16, Filed 10/18/18, Entered 10/18/18 17:56:19,
Description: Main Document , Page 12 of 39

Debtor __Tonawanda Coke Corporation__      Case number (if known)   1-18-12156
Name

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,684.02 |
|---|---|---|---|

Aptim Environmental & Infastructure
150 Royal Street
Canton, MA 02021

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Trade debt 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,435.55 |
|---|---|---|---|

AT&T
P.O. Box 5019
Carol Stream, IL 60197

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Utility 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,068.88 |
|---|---|---|---|

AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Utility 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,328.44 |
|---|---|---|---|

Auburn Filtersense LLC
800 Cummings Center
Suite 355W
Beverly, MA 01915

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Trade debt 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,747.47 |
|---|---|---|---|

Ausmus Logistics LLC
P.O. Box 633
Buffalo, NY 14231

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Trade debt 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $836.75 |
|---|---|---|---|

B.J. Muirhead Company, Inc.
115 Mid County Dr.
Orchard Park, NY 14127

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Trade debt 

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,408.42 |
|---|---|---|---|

Bailey Electric Motor & Pump Supply, Inc
2186 Main St.
Corfu, NY 14036

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Trade debt 

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1-18-12156-MJK,  Doc 16,  Filed 10/18/18,  Entered 10/18/18 17:56:19,
Description: Main Document , Page 13 of 39

Debtor  Tonawanda Coke Corporation

Name

Case number (if known)  1-18-12156

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,869.41

Baker Corp.
P.O. Box 843596
Los Angeles, CA 90084

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,093.00

Beacon Lubricants Inc.
1170 Edinboro Road
Erie, PA 16512

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown

Benchley Crane
P.O. Box 220
Forestville, NY 14062

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $97.00

Bobcat of Buffalo
6511 S. Transit Rd.
Lockport, NY 14094

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $165.95

Boulevard Optical
55 Crosspoint Pkwy #120
Getzville, NY 14068

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $73,523.17

Brights Systems, Inc.
P.O. Box 137
North Tonawanda, NY 14120

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $955.54

Brute Spring & Equipment Inc.
717 Elk Street
Buffalo, NY 14210

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tonawanda Coke Corporation | Case number (if known) | 1-18-12156 |
|---|---|---|---|
| | Name | | |

---

**3.29** | **Nonpriority creditor's name and mailing address**
Buffalo Bearings, Inc.
1175 Military Road
Buffalo, NY 14217

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$459.64

---

**3.30** | **Nonpriority creditor's name and mailing address**
Buffalo Wire Works Company, Inc.
P.O. Box 1239
Buffalo, NY 14240

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$1,936.00

---

**3.31** | **Nonpriority creditor's name and mailing address**
BXI Consultants Inc.
33 Peuquet Pkwy.
Tonawanda, NY 14150

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$205.92

---

**3.32** | **Nonpriority creditor's name and mailing address**
Carrier Controls
P.O. Box 275
Springville, NY 14141

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$475.00

---

**3.33** | **Nonpriority creditor's name and mailing address**
Chemical Distributors, Inc.
80 Metcalfe Street
Buffalo, NY 14206

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$12,959.36

---

**3.34** | **Nonpriority creditor's name and mailing address**
Chiampou Travis Besaw & Kerschner LLP
5110 Main Street, Suite 215
Buffalo, NY 14221

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$39,178.76

---

**3.35** | **Nonpriority creditor's name and mailing address**
City Electric Company, Inc.
P.O. Box 1018
Syracuse, NY 13201

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

$5,890.24

---

Case 1-18-12156-MJK,   Doc 16,   Filed 10/18/18,   Entered 10/18/18 17:56:19,
Description: Main Document , Page 15 of 39

| Debtor | Tonawanda Coke Corporation | Case number (if known) | 1-18-12156 |
|---|---|---|---|
| | Name | | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,037,291.00 |
|---|---|---|---|

Clerk, U.S. District Court, WDNY
2 Niagara Square
Buffalo, NY 14202

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Community Service Payment

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68.00 |
|---|---|---|---|

Computersearch Corporation
331 John James Audubon Pkwy.
Buffalo, NY 14228

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,510.16 |
|---|---|---|---|

Constellation New Energy, Inc.
P.O. Box 4640
Carol Stream, IL 60197

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Utility

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,000.00 |
|---|---|---|---|

Coopers Creek Chemical Corp.
P.O. Box 782915
Philadelphia, PA 19178

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,745.00 |
|---|---|---|---|

Corfu Machine Co.
1977 Genesee Street
Corfu, NY 14036

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,260.43 |
|---|---|---|---|

Crawford Custom Consulting Inc.
11139 Cutter Rd.
Meadville, PA 16335

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $343.97 |
|---|---|---|---|

De Lage Landen Financial Services Inc.
P.O. Box 41602
Philadelphia, PA 19101

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 1-18-12156-MJK, Doc 16, Filed 10/18/18, Entered 10/18/18 17:56:19,
Description: Main Document , Page 16 of 39

| Debtor | Tonawanda Coke Corporation | Case number (if known) | 1-18-12156 |
|---|---|---|---|
| | Name | | |

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $9,000.00 |
|---|---|---|---|
| | Dennis Lauricella<br>6292 Webster Road<br>Orchard Park, NY 14127 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _Trade debt_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $18,974.97 |
|---|---|---|---|
| | Dival Safety Equipment, Inc.<br>1721 Niagara Street<br>Buffalo, NY 14207 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _Trade debt_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $21,554.38 |
|---|---|---|---|
| | Doritex Corporation<br>11980 Walden Avenue<br>Alden, NY 14004 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _Trade debt_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $830.81 |
|---|---|---|---|
| | Eaton Office Supply Co.<br>180 John Glenn Dr.<br>Buffalo, NY 14228 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _Trade debt_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,497.59 |
|---|---|---|---|
| | ECI Macola/Max, LLC<br>1136 Paysphere Circle<br>Chicago, IL 60674 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _Trade debt_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $256.49 |
|---|---|---|---|
| | Ed's Tire Service Inc.<br>P.O. Box 2641<br>Buffalo, NY 14240 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _Trade debt_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $441.22 |
|---|---|---|---|
| | El-Don Battery Inc.<br>4109 St. Francis Dr.<br>Hamburg, NY 14075 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _Trade debt_ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Case 1-18-12156-MJK    Doc 16    Filed 10/18/18    Entered 10/18/18 17:56:19,
Description: Main Document , Page 17 of 39

| Debtor | Tonawanda Coke Corporation | Case number (if known) | 1-18-12156 |
|--------|---------------------------|------------------------|------------|
| | Name | | |

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,791.70 |
|------|-----|-----|-----|

ERB Company, Inc.
1400 Seneca St.
Buffalo, NY 14210

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $97,885.66 |
|------|-----|-----|-----|

Erie Coke Corporation
P.O. Box 35317
Newark, NJ 07193

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $400.00 |
|------|-----|-----|-----|

Eugene Wilkowski
16 Sebring Drive
Depew, NY 14043

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | Unknown |
|------|-----|-----|-----|

Farley Riggers & Movers
700 Richfield Street
Lockport, NY 14094

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,710.38 |
|------|-----|-----|-----|

Fasteners Direct
545 Basket Road
Webster, NY 14580

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $63.54 |
|------|-----|-----|-----|

Federal Express Corporation
P.O. Box 371461
Pittsburgh, PA 15250

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $426.78 |
|------|-----|-----|-----|

Flagship Investment Group Inc
3939 West Ridge Road
Erie, PA 16506

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

Case 1-18-12156-MJK, Doc 16, Filed 10/18/18, Entered 10/18/18 17:56:19,
Description: Main Document , Page 18 of 39

| Debtor | Tonawanda Coke Corporation | | Case number (if known) | 1-18-12156 |
|---|---|---|---|---|
| | Name | | | |

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,250.00 |
|---|---|---|---|
| | Fosbel Ceramic Technologies | ■ Contingent | |
| | 20600 Sheldon Road | ■ Unliquidated | |
| | Brookpark, OH 44142 | ■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Trade debt | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,178.63 |
|---|---|---|---|
| | GDH Services, Inc. | ■ Contingent | |
| | P.O. Box 392237 | ■ Unliquidated | |
| | Pittsburgh, PA 15251 | ■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Trade debt | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $18,951.00 |
|---|---|---|---|
| | Global Environmental | ■ Contingent | |
| | 3514 New Road | ■ Unliquidated | |
| | Dunkirk, NY 14048 | ■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Trade debt | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,083.69 |
|---|---|---|---|
| | Grainger | ■ Contingent | |
| | 50 McKesson Parkway | ■ Unliquidated | |
| | Buffalo, NY 14225 | ■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Trade debt | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,500.00 |
|---|---|---|---|
| | Greenberg Traurig LLP | ■ Contingent | |
| | 200 Park Avenue | ■ Unliquidated | |
| | New York, NY 10166 | ■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Trade debt | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14,773.60 |
|---|---|---|---|
| | Guardian Environmental Associates, Inc. | ■ Contingent | |
| | 2619 Parker Blvd. | ■ Unliquidated | |
| | Tonawanda, NY 14150 | ■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Trade debt | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $450.00 |
|---|---|---|---|
| | Healthworks-WNY, LLP | ■ Contingent | |
| | P.O. Box 8000 | ■ Unliquidated | |
| | Department No. 2 | ■ Disputed | |
| | Buffalo, NY 14267 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Tonawanda Coke Corporation | Case number (if known) | 1-18-12156 |
|---|---|---|---|
| | Name | | |

---

**3.64** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,405.34

Hickman Williams & Company
250 E. 5th Street, Suite 300
Cincinnati, OH 45202

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $397.50

Holiday Ice LLC
322 Vine Street
Syracuse, NY 13203

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,250.00

IMAGINiT Technologies, Inc.
28127 Network Place
Chicago, IL 60673

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $21.11

Indiana Michigan Power Co.
P.O. Box 371496
Pittsburgh, PA 15250

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Utility_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $79.00

Innovative Solutions
3495 Winton Place
Building C, Suite 2
Rochester, NY 14623

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,560.00

Interactive Health Inc.
1700 East Golf Road, Suite 900
Schaumburg, IL 60173

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $653.59

J.J. Keller & Associates Inc.
P.O. Box 6609
Carol Stream, IL 60197-6609

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Tonawanda Coke Corporation | Case number (if known) | 1-18-12156 |
|---|---|---|---|
| | Name | | |

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,764.15 |
|---|---|---|---|

JGB Enterprises, Inc.
115 Metropolitan Drive
P.O. Box 209
Liverpool, NY 13088

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,800.28 |
|---|---|---|---|

K & E Fabricating Company, Inc.
40 Stanley Street
Buffalo, NY 14206

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,129.41 |
|---|---|---|---|

Kehr-Buffalo Wire Frame Co., Inc.
P.O. Box 806
Grand Island, NY 14072

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $119.30 |
|---|---|---|---|

Kenmore Cab Dispatch Services
35 Skillen St.
Buffalo, NY 14207

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,037,467.80 |
|---|---|---|---|

Kirchner, LLC
P.O. Box 242
Tonawanda, NY 14151

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $31,533.40 |
|---|---|---|---|

Klein Steel Service, Inc.
P.O. Box 8000
Dept. 436
Buffalo, NY 14267

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,450.08 |
|---|---|---|---|

KOM Automation Inc.
P.O. Box 5129
Buffalo, NY 14240

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

Case 1-18-12156-MJK, Doc 16, Filed 10/18/18, Entered 10/18/18 17:56:19,
Description: Main Document , Page 21 of 39

| Debtor | Tonawanda Coke Corporation | Case number (if known) | 1-18-12156 |
|---|---|---|---|
| | Name | | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,908.00 |
|---|---|---|---|

Kovalchick Corporation
1060 Wayne Ave.
P.O. Box
Indiana, PA 15701

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,550.00 |
|---|---|---|---|

Kubota Materials Canada Corporation
Fahramet Division
P.O. Box 1700
Orillia, Ontario L3V 6L6 Canada

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,840.00 |
|---|---|---|---|

Kuljit Singh
194 Enchanted Forest
Depew, NY 14043

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,370.98 |
|---|---|---|---|

Kurk Fuel Company
78 Sawyer Avenue
Tonawanda, NY 14150

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,511.08 |
|---|---|---|---|

L.T. Harnett Trucking, Inc.
7431 State Route 7
Kinsman, OH 44428

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,877.67 |
|---|---|---|---|

Lake Foundry Ltd.
287 S. Service Rd.
Canada
L3M 1Y6
Grimsby, ON

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,242.31 |
|---|---|---|---|

Lakes Pipe & Supply Corporation
P.O. Box 429
Niagara Falls, NY 14302

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Tonawanda Coke Corporation | Case number (if known) | 1-18-12156 |
|---|---|---|---|
| | Name | | |

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $12,000.00 |
|---|---|---|---|

Lardon Construction Corporation
108 Lake Avenue
Buffalo, NY 14219

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,249.00 |
|---|---|---|---|

Len-Co Lumber
1445 Seneca St.
Buffalo, NY 14210

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,039.20 |
|---|---|---|---|

M.B. Orsolits Co., Inc.
73 Lafayette Blvd.
Buffalo, NY 14221

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $725.00 |
|---|---|---|---|

Mass Mutual Financial Group
37 Franklin St., #600
Buffalo, NY 14202

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Employee Benefits

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $967.02 |
|---|---|---|---|

McCullagh Coffee
245 Swan St.
Buffalo, NY 14204

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,234.14 |
|---|---|---|---|

McMaster-Carr Supply, Inc.
P.O. Box 7690
Chicago, IL 60680-7690

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,675.80 |
|---|---|---|---|

Medfirst Urgent Care, LLC
P.O. Box 8000
Dept. 168
Buffalo, NY 14267

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| Debtor | Tonawanda Coke Corporation |
| | Name |

Case number *(if known)*  1-18-12156

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,160.55 |
|---|---|---|---|
| | Meridian IT Inc. | ■ Contingent | |
| | P. O. Box 71426 | ■ Unliquidated | |
| | Chicago, IL 60694 | ■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  Trade debt | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,248.97 |
|---|---|---|---|
| | Metalworking Lubricants Company | ■ Contingent | |
| | P.O. Box 214379 | ■ Unliquidated | |
| | Auburn Hills, MI 48321 | ■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  Trade debt | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $61,978.58 |
|---|---|---|---|
| | Metso Minerals Industries, Inc. | ■ Contingent | |
| | Dept. CH 19629 | ■ Unliquidated | |
| | Palatine, IL 60055-9629 | ■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  Trade debt | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,306.20 |
|---|---|---|---|
| | Midwest Industrial Supply, Inc. | ■ Contingent | |
| | P.O. Box 75545 | ■ Unliquidated | |
| | Cleveland, OH 44101 | ■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  Trade debt | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,043.52 |
|---|---|---|---|
| | Moley Magnetics, Inc. | ■ Contingent | |
| | 5202 Commerce Dr. | ■ Unliquidated | |
| | Lockport, NY 14094 | ■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  Trade debt | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,500.00 |
|---|---|---|---|
| | NAM Manufacturers | ■ Contingent | |
| | Center for Legal Action | ■ Unliquidated | |
| | 733 10th Street NW, Suite 700 | ■ Disputed | |
| | Washington, DC 20001 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $28,778.00 |
|---|---|---|---|
| | National Maintenance Contracting Corp. | ■ Contingent | |
| | P.O. Box 304 | ■ Unliquidated | |
| | Niagara Falls, NY 14304 | ■ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:**  Trade debt | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

Case 1-18-12156-MJK,   Doc 16,   Filed 10/18/18,   Entered 10/18/18 17:56:19,
Description: Main Document , Page 24 of 39

| Debtor | Tonawanda Coke Corporation | Case number (if known) | 1-18-12156 |
|---|---|---|---|
| | Name | | |

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $865.96 |
|---|---|---|---|

New York State Department of Health
Wadsworth Center ELAP
P.O. Box 509, LAB ID #10505
Albany, NY 12201

- ◼ Contingent
- ◼ Unliquidated
- ◼ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Government Fees

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $950.00 |
|---|---|---|---|

Niagara Wholesale Supply Co. Inc.
4100 Witmer Rd.
Niagara Falls, NY 14305

- ◼ Contingent
- ◼ Unliquidated
- ◼ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,752.06 |
|---|---|---|---|

NOCO Energy Corporation
Attn: Josette Puhl/Express
2440 Sheridan Drive
Tonawanda, NY 14150

- ◼ Contingent
- ◼ Unliquidated
- ◼ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

North State Supply Company
P.O. Box 70
Buffalo, NY 14217

- ◼ Contingent
- ◼ Unliquidated
- ◼ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $355.05 |
|---|---|---|---|

Nuchereno Auto Inc.
1021 Tonawanda St.
Buffalo, NY 14207

- ◼ Contingent
- ◼ Unliquidated
- ◼ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Nuway Auto Parts
415 West Main Street
Rochester, NY 14608

- ◼ Contingent
- ◼ Unliquidated
- ◼ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ◼ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,484.00 |
|---|---|---|---|

Oak Mountain Industries
500 Superior St., #4
Carnegie, PA 15106

- ◼ Contingent
- ◼ Unliquidated
- ◼ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ◼ No ☐ Yes

---

Case 1-18-12156-MJK, Doc 16, Filed 10/18/18, Entered 10/18/18 17:56:19,
Description: Main Document , Page 25 of 39

| Debtor | Tonawanda Coke Corporation | Case number (if known) | 1-18-12156 |
|---|---|---|---|
| | Name | | |

---

**3.106** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$117.42**

Omni Services, Inc.
P.O. Box 350016
Boston, MA 02241-5160

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,722.68**

Orkin Pest Control
60 Earhart Dr., Ste. 1
Buffalo, NY 14221

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$406.38**

O'Brien & Gere Engineers, Inc.
P.O. Box 8000
Dept. 956
Buffalo, NY 14267

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$950.73**

Paraiso Logistics
273 South Roycroft Boulevard
Buffalo, NY 14225

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$579.55**

Philipps Bros. Supply Inc
2525 Kensington Ave.
Buffalo, NY 14226

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$443.46**

Pooley Inc.
207 West Heron Street
Buffalo, NY 14201

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Powers Coal & Coke, LLC
4807 Rockside Rd. #640
Independence, OH 44131

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Tonawanda Coke Corporation | Case number (if known) | 1-18-12156 |
|---|---|---|---|
| | Name | | |

---

**3.113** | **Nonpriority creditor's name and mailing address**
Powers Drivers, Inc.
P.O. Box 10
Buffalo, NY 14220-0010

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$2,016.25

---

**3.114** | **Nonpriority creditor's name and mailing address**
Praxair Distribution, Inc.
P.O. Box 120812
Dept. 0812
Dallas, TX 75312-0812

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$7,514.28

---

**3.115** | **Nonpriority creditor's name and mailing address**
Praxair Distribution, Inc.
P.O. Box 120812
Dept. 0812
Dallas, TX 75312-0812

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$2,922.23

---

**3.116** | **Nonpriority creditor's name and mailing address**
R.M. Headlee Company Inc.
3649 California Rd.
Orchard Park, NY 14127

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.117** | **Nonpriority creditor's name and mailing address**
R.P. Adams, Inc.
P.O. Box 95359
Palatine, IL 60095-0359

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$2,563.29

---

**3.118** | **Nonpriority creditor's name and mailing address**
Republic Services #111
P.O. Box 9001099
Louisville, KY 40290-1099

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$779.73

---

**3.119** | **Nonpriority creditor's name and mailing address**
Rhino Energy LLC
424 Lewis Harget Circle, Suite 250
Lexington, KY 40503

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$293,885.55

---

Case 1-18-12156-MJK,    Doc 16,    Filed 10/18/18,    Entered 10/18/18 17:56:19,
Description: Main Document , Page 27 of 39

| Debtor | Tonawanda Coke Corporation | Case number (if known) | 1-18-12156 |
|---|---|---|---|
| | Name | | |

---

**3.120** | **Nonpriority creditor's name and mailing address**

Riverside Chemical Company
P.O. Box 197
North Tonawanda, NY 14120-0197

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$336.05

---

**3.121** | **Nonpriority creditor's name and mailing address**

RL Stone Company, Inc.
1215 Mt. Read Boulevard
Rochester, NY 14606-2817

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$806.91

---

**3.122** | **Nonpriority creditor's name and mailing address**

Root, Neal & Company
P.O. Box 101
Buffalo, NY 14240

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$8,179.07

---

**3.123** | **Nonpriority creditor's name and mailing address**

Rouse Breihan, Inc.
P.O. Box 420
Buffalo, NY 14226

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$515,635.31

---

**3.124** | **Nonpriority creditor's name and mailing address**

Safety-Kleen, Inc.
P.O. Box 382066
Pittsburgh, PA 15250

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$761.20

---

**3.125** | **Nonpriority creditor's name and mailing address**

Schagrin Associates
900 Seventh Avenue N.W.
Suite 500
Washington, DC 20001

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Professional Services

Is the claim subject to offset? ■ No ☐ Yes

$37,500.00

---

**3.126** | **Nonpriority creditor's name and mailing address**

Seal & Design Inc.
4015 Casilio Pkwy
Clarence, NY 14031

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$478.88

---

| Debtor | Tonawanda Coke Corporation | Case number (if known) | 1-18-12156 |
|---|---|---|---|
| | Name | | |

**3.127** | **Nonpriority creditor's name and mailing address**
Siewert Equipment Co., Inc.
P.O. Box 75976
Baltimore, MD 21275

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$10,658.09

---

**3.128** | **Nonpriority creditor's name and mailing address**
Sleep Inn
75 Inn Keepers Lane
Buffalo, NY 14228

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$966.90

---

**3.129** | **Nonpriority creditor's name and mailing address**
Southern Minerals, Inc.
P.O. Box 770
Bluefield, WV 24701

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$312,532.40

---

**3.130** | **Nonpriority creditor's name and mailing address**
Southworth-Milton, Inc.
P.O. Box 3851
Boston, MA 02241

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$7,840.75

---

**3.131** | **Nonpriority creditor's name and mailing address**
Spatial Integrated Systems, Inc.
P.O. Box 5635
Kinston, NC 28503

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$3,170.49

---

**3.132** | **Nonpriority creditor's name and mailing address**
Sri Quality System Registrar
300 Northpointe Cir #304
Mars, PA 16046

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$3,009.62

---

**3.133** | **Nonpriority creditor's name and mailing address**
Stapleco Inc.
7172 Ellicott Road
Orchard Park, NY 14127

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

$174.55

---

| Debtor | Tonawanda Coke Corporation | Case number (if known) | 1-18-12156 |
|---|---|---|---|

Name

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,614.75 |
|---|---|---|---|

Staples Business Advantage
Dept. ROC
P.O. Box 41526
Boston, MA 02241-5256

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,498.06 |
|---|---|---|---|

Steel City Salt, LLC
P.O. Box 226
Bowmansville, NY 14026

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,285.80 |
|---|---|---|---|

Stritt & Priebe, Inc.
37 Clyde Ave.
Buffalo, NY 14215

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,703.43 |
|---|---|---|---|

Supervisor - Waste Water Treatment
779 Two Mile Creek
Tonawanda, NY 14150

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $381.86 |
|---|---|---|---|

Taylor Technologies Inc.
31 Loveton Circle
Sparks Glencoe, MD 21152

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $4,164.00 |
|---|---|---|---|

Teledyne Monitor Labs
12497 Collections Drive
Chicago, IL 60693

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $397.50 |
|---|---|---|---|

The Holiday Ice Company
322 Vine St.
Syracuse, NY 13203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Case 1-18-12156-MJK, Doc 16, Filed 10/18/18, Entered 10/18/18 17:56:19,
Description: Main Document , Page 30 of 39

| Debtor | Tonawanda Coke Corporation | Case number (if known) | 1-18-12156 |
|---|---|---|---|
| | Name | | |

---

**3.141** | **Nonpriority creditor's name and mailing address**

Thermo Environmental Instruments LLC
P.O. Box 742784
Atlanta, GA 30374-2784

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$829.77

---

**3.142** | **Nonpriority creditor's name and mailing address**

Tonawanda Town Clerk
Room 14 Municipal Building
2919 Delaware Avenue
Buffalo, NY 14217

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Utility

Is the claim subject to offset? ■ No ☐ Yes

$33,013.88

---

**3.143** | **Nonpriority creditor's name and mailing address**

Total Crane Systems, Inc.
2225 Kenmore Ave., #104
Buffalo, NY 14207

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$4,480.00

---

**3.144** | **Nonpriority creditor's name and mailing address**

United Materials LLC
561 Pavement Road
Lancaster, NY 14086

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$745.40

---

**3.145** | **Nonpriority creditor's name and mailing address**

USI Insurance Services National
98 Fort Path Road
P.O. Box 18117
Madison, CT 06443

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$20,150.00

---

**3.146** | **Nonpriority creditor's name and mailing address**

Van Pelt Corporation
P.O. Box 780012
Philadelphia, PA 19178-0012

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$460.00

---

**3.147** | **Nonpriority creditor's name and mailing address**

Van Wyk Risk & Financial Management
2237 Wealthy Street
Grand Rapids, MI 49506

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$187,178.75

---

Debtor  Tonawanda Coke Corporation
_____
Name

Case number (if known)  1-18-12156

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $881,910.73 |
|---|---|---|---|

Vanocur Refractories LLC
P.O. Box 146
Tonawanda, NY 14151-0146

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $854.84 |
|---|---|---|---|

Waste Technology Services, Inc.
Dept. No. 389
P.O. Box 8000
Buffalo, NY 14267

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $627.20 |
|---|---|---|---|

Willson International Inc.
160 Wales Avenue, Suite 100
Tonawanda, NY 14150

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,492.80 |
|---|---|---|---|

Young & Swartz, Inc.
39 Cherry St.
Buffalo, NY 14204

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $196.99 |
|---|---|---|---|

YRC Freight
P.O. Box 13573
Newark, NJ 07188

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 10,382.67 |
| 5b. Total claims from Part 2 | 5b. + | $ 6,399,719.19 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 6,410,101.86 |

**Fill in this information to identify the case:**

Debtor name    Tonawanda Coke Corporation

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known)    1-18-12156

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | AT&T internet service | |
| | State the term remaining | May 2020 | AT&T Corp.<br>One AT&T Way<br>Bedminster, NJ 07921-0752 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Cisco 1921 Router Serial #FTX15428108; AT&T internet service | |
| | State the term remaining | October 2020 | AT&T Corp.<br>One AT&T Way<br>Bedminster, NJ 07921 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Cisco 2921 router Serial #ATT1660481; AT&T point-to-point voice service | |
| | State the term remaining | October 2020 | AT&T Corp.<br>One AT&T Way<br>Bedminster, NJ 07921-0752 |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Xerox Copier XGD172786; office equipment | |
| | State the term remaining | October 2019 | De Lage Landen Financial Services Inc.<br>Lease Processing Center<br>1111 Old Eagle School Road<br>Wayne, PA 19087 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | Tonawanda Coke Corporation | | Case number *(if known)* | 1-18-12156 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Xerox Copier MX4779172; office equipment | |
|---|---|---|---|
| | State the term remaining | September 2019 | De Lage Landen Financial Services Inc. Lease Processing Center 1111 Old Eagle School Road Wayne, PA 19087 |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Xerox Copier XKP522007; office equipment | |
|---|---|---|---|
| | State the term remaining | February 2019 | De Lage Landen Financial Services Inc. Lease Processing Center 1111 Old Eagle School Road Wayne, PA 19087 |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Doritex Corporation Uniform Supply Contract | |
|---|---|---|---|
| | State the term remaining | October 2020 | Doritex Corporation 11980 Walden Avenue Alden, NY 14004 |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Gerdau-Monroe By-product coke | |
|---|---|---|---|
| | State the term remaining | March 2019 | Hickman Williams & Company 2009 Mackenzie Way, Suite 120 Cranberry Twp, PA 16066 |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Anthracite Industries By-product coke | |
|---|---|---|---|
| | State the term remaining | November 2018 | Hickman Williams & Company 2009 Mackenzie Way, Suite 120 Cranberry Twp, PA 16066 |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Asbury Graphite Mills By-product coke | |
|---|---|---|---|
| | State the term remaining | November 2018 | Hickman Williams & Company 2009 Mackenzie Way, Suite 120 Cranberry Twp, PA 16066 |
| | List the contract number of any | | |

Debtor 1  Tonawanda Coke Corporation
    First Name      Middle Name      Last Name

Case number *(if known)*  1-18-12156

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Hickman, Williams & Company - Sales Agency Agreement | |
|---|---|---|---|
| | State the term remaining | December 2018 | Hickman Williams & Company 2009 Mackenzie Way, Suite 120 Cranberry Twp, PA 16066 |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | JGB Enterprises - hose crimper | |
|---|---|---|---|
| | State the term remaining | February 2022 | JGB Enterprises, Inc. 115 Metropolitan Drive P.O. Box 209 Liverpool, NY 13088 |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Avaya IP Office telephone system | |
|---|---|---|---|
| | State the term remaining | November 2018 | Meridian IT Inc. 15 Hazelwood Dr., #106 Buffalo, NY 14228 |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Powers Coal and Coke LLC - Agency agreement | |
|---|---|---|---|
| | State the term remaining | December 2025 | Powers Coal and Coke, LLC Lloyd Avenue Latrobe, PA 15650 |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Republic Services - waste collection service | |
|---|---|---|---|
| | State the term remaining | May 2020 | Republic Services 2321 Kenmore Avenue Buffalo, NY 14207 |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | 2001 Bobcat Skid Steer Loader Serial #514149299; plant equipment | Rouse Breihan, Inc. P.O. Box 420 Buffalo, NY 14226 |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    Tonawanda Coke Corporation                                          Case number (if known)    1-18-12156
            First Name      Middle Name        Last Name

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining | September 2019 |
| List the contract number of any government contract | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | 2001 JLG 800A 4x4 Articulated Boom Lift Serial #0300060972; plant equipment | |
|---|---|---|---|
| | State the term remaining | September 2019 | Rouse Breihan, Inc. P.O. Box 420 Buffalo, NY 14226 |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | 2005 Catepillar 980B Series II Wheel Loader Serial #CAT0980GPAWH02434; plant equipment | |
|---|---|---|---|
| | State the term remaining | February 2020 | Rouse Breihan, Inc. P.O. Box 420 Buffalo, NY 14226 |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | 1991 Pierce Lance Fire Truck VIN #4PICT01DMX000553; plant equipment | |
|---|---|---|---|
| | State the term remaining | March 2020 | Rouse Breihan, Inc. P.O. Box 420 Buffalo, NY 14226 |
| | List the contract number of any government contract | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | CAT 988 Wheel Dozer Serial #50W 1441; plant equipment | |
|---|---|---|---|
| | State the term remaining | September 2020 | Rouse Breihan, Inc. P.O. Box 420 Buffalo, NY 14226 |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | 2006 Terex Finlay 663T Supertrak 5 Ft. x 20 Ft. 2 Deck Crawler Screening Plant Serial #FKT560778; plant equipment | |
|---|---|---|---|
| | State the term remaining | September 2021 | Rouse Breihan, Inc. P.O. Box 420 Buffalo, NY 14226 |
| | List the contract number of any | | |

| Debtor 1 | Tonawanda Coke Corporation | | | Case number (*if known*) | 1-18-12156 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | 1998 Catepillar 980G Wheel Loader Serial #2KR02392; plant equipment | |
|---|---|---|---|
| | State the term remaining | March 2020 | Rouse Breihan, Inc. P.O. Box 420 Buffalo, NY 14226 |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | 2006 JLG 800A 4x4 Articulated Boom Lift Serial #300097327; plant equipment | |
|---|---|---|---|
| | State the term remaining | 46 months | Rouse Breihan, Inc. P.O. Box 420 Buffalo, NY 14226 |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | 2017 Jeep Cherokee VIN #1C4RJFCG5HC927733; company vehicle | |
|---|---|---|---|
| | State the term remaining | June 2020 | Rouse Breihan, Inc. P.O. Box 420 |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | 2018 Ford Expedition VIN #1FMJU1MT7FEF12607; company vehicle | |
|---|---|---|---|
| | State the term remaining | December 2020 | Rouse Breihan, Inc. P.O. Box 420 Buffalo, NY 14226 |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | VIN #1FM5K8D82HGB29127 | |
|---|---|---|---|
| | State the term remaining | September 2019 | Rouse Breihan, Inc. P.O. Box 420 Buffalo, NY 14226 |
| | List the contract number of any government contract | | |

Case 1-18-12156-MJK, Doc 16, Filed 10/18/18, Entered 10/18/18 17:56:19, Description: Main Document , Page 37 of 39

**Fill in this information to identify the case:**

Debtor name    Tonawanda Coke Corporation

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NEW YORK

Case number (if known)    1-18-12156

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | | | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City    State    Zip Code | | |
| 2.2 | | | | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City    State    Zip Code | | |
| 2.3 | | | | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City    State    Zip Code | | |
| 2.4 | | | | ☐ D |
| | | Street | | ☐ E/F |
| | | | | ☐ G |
| | | City    State    Zip Code | | |

Case 1-18-12156-MJK,    Doc 16,    Filed 10/18/18,    Entered 10/18/18 17:56:19, Description: Main Document , Page 38 of 39

# United States Bankruptcy Court
## Western District of New York

| | | | |
|---|---|---|---|
| In re | Tonawanda Coke Corporation | Case No. | 1-18-12156 |
| | Debtor(s) | Chapter | 11 |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Tamroy, Inc.<br>P.O. Box 610<br>Getzville, NY 14068 | Common | 100 Shares | Owner |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

| Date | October 18, 2018 | Signature | /s/ Michael K. Durkin |
|---|---|---|---|
| | | | Michael K. Durkin |

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.