# Exhibit "B"

TONAWANDA COKE CORPORATION
DISCLOSURE STATEMENT - CASH SOURCES
OCTOBER 18, 2018 - AUGUST 31, 2023

AUCTION PROCEEDS
- EQUIPMENT AUCTION PROCEEDS 1ST — $599,988.48
- EQUIPMENT AUCTION PROCEEDS 2ND — $75,000.00
- LAND AUCTION PROCEEDS — $50,000.00

$724,988.48

BANKRUPTCY SUIT SETTLEMENTS
- POWERS SETTLEMENT AMOUNT — $425,000.00
- TAMROY INC SETTLEMENT AMOUNT — $200,000.00

$625,000.00

INSURANCE RETURNS
- AFFINITY DISTRIBUTIONS & RETURNS — $357,590.50
- HARTFORD WC RETRO REFUNDS — $19,711.00
- LIBERTY MUTUAL WC RETRO REFUNDS — $734.00

$378,035.50

TAX REFUNDS
- STATE OF NEW YORK AUDIT REFUND — $26,222.20
- FEDERAL TAX SHARING REFUND — $453,271.00
- PA DEPT OF REVENUE ACCOUNT REFUND — $3,550.00
- 2018 1ST QTR AMENDED EIT RETURN — $8.85

$483,052.05

RETAINER RETURNS
- BUSINESS COUNSEL RETAINER RETURN — $13,556.67
- CRIMINAL CASE RETAINER RETURN — $9,160.00

$22,716.67

OTHER SOURCES
- AFFLIATE BALANCE — $103,063.89
- EE ADVANCE RETURN — $2,500.00
- METAVATION LLC BANKRUPTCY FINAL — $50,760.35
- MISCELLANEOUS OTHER — $114,550.24

$270,874.48

TOTAL SOURCES — $2,504,667.18

TONAWANDA COKE CORPORATION
DISCLOSURE STATEMENT - CASH USES
OCTOBER 18, 2018 - AUGUST 31, 2023

| | | |
|---|---:|---:|
| ADMINISTRATIVE CLAIMS PAID | | |
|     EPA ADMINISTRATIVE CLAIM SETTLEMENT | $930,000.00 | |
|     NYS DOL ADMINISTRATIVE CLAIM SETTLEMENT | $70,000.00 | |
|     VENDOR ADMINISTRATIVE CLAIM SETTLEMENT | $42,741.86 | |
| | | $1,042,741.86 |
| BANKRUPTCY ADMINISTRATION USES | | |
|     ADMINISTRATIVE EXPENSES | $4,166.75 | |
|     AUCTION EXPENSES | $10,500.00 | |
|     ACCOUNTING FEES - TAX RETURNS | $38,091.68 | |
|     BANK FEES | $35,064.46 | |
|     LEGAL FEES - BANKRUPTCY COUNSEL | $254,000.94 | |
|     LEGAL FEES - CONFLICT COUNSEL | $5,000.00 | |
|     MISCELLANEOUS OTHER | $6,776.06 | |
|     U. S. TRUSTEE FEES | $18,503.00 | |
| | | $372,102.89 |
| FACILITY SHUTDOWN USES | | |
|     WAGES | $168,923.68 | |
|     PAYROLL TAXES | $68,003.67 | |
|     EMPLOYEE BENEFITS & OTHER | $19,168.96 | |
|     SUPPLIES | $10,652.11 | |
| | | $266,748.42 |
| TOTAL USES | | $1,681,593.17 |
| | | |
|     TCC - KEYBANK ACCOUNT & PETTY CASH | | $1,681,593.17 |