UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

---

In Re:      Chapter 11

TONAWANDA COKE CORPORATION,      Case No. 18-12156

         Debtor.      Hon. Carl L. Bucki, U.S.B.J.

---

## CERTIFICATE OF SERVICE

STATE OF NEW YORK     )
                     )    ss.:
COUNTY OF ERIE       )

       Michelle Heftka, being duly sworn, deposes and says:

       1.      I am over 18 years of age and an employee with Hodgson Russ LLP and not a party to this action.

       2.      On the 12th day of December 2024, I served: (a) Amended Order Approving Third Amended Disclosure Statement, Fixing Time for Filing Acceptances or Rejections of Third Amended Plan, Combined with Notice of Hearing of Confirmation [Dkt. No. 815], (b) Notice of Confirmation Hearing with Respect to Third Amended Plan of Liquidation of Tonawanda Coke Corporation and Related Objection Deadline [Dkt. No. 816], (c) Third Amended Plan of Liquidation of Tonawanda Coke Corporation [Dkt. No. 798], (d) Third Amended Disclosure Statement to Third Amended Plan of Liquidation of Tonawanda Coke Corporation [Dkt. No. 799], and (e) Letter dated December 9, 2024, filed by the Official Committee of Unsecured Creditors in Support of Third Amended Plan of Liquidation of Tonawanda Coke Corporation [Dkt. No. 813] (items (a) through (e) shall be collectively referred to as the "Confirmation Distribution"), on: (i) all known creditors of the Debtor, as reflected in the Debtor's schedules and proofs of claim filed in this case, (ii) all known equity security

holders of the Debtor, as reflected in the Debtor's books and records, (iii) any party that has requested a copy of the Disclosure Statement, and (iv) the parties on the Master Service List (as defined in the Case Management Order [Dkt. No. 738]), via standard U.S. Mail, as set forth on the attached **Exhibit A**.

       3.      On the 12th day of December 2024, I served: (a) the Confirmation Distribution, (b) Ballot for Class 2 General Unsecured Claims, and (c) IRS Form W-9, on holders of Class 2 General Unsecured Claims, via standard U.S. Mail, upon the parties listed on the attached **Exhibit B**.

       4.      On the 12th day of December 2024, I served: (a) the Confirmation Distribution, (b) Ballot for Class 2 General Unsecured Claims, and (c) IRS Form W-9, on the holders of the following Class 2 General Unsecured Claims, via FedEx International Economy upon the following parties:

Kubota Materials Canada Corporation
c/o Osler, Hoskin & Harcourt LLP
Attn: Sean Stidwill
100 King Street West, Suite 6200
Toronto, Ontario M5X 1B8
Canada

Lake Foundry Ltd.
287 S. Service Road
Grimsby, Ontario L3M 1Y6
Canada

       5.      On the 12th day of December 2024, I served: (a) the Confirmation Distribution, (b) Ballot for Class 3 Tort Claims, and (c) IRS Form W-9, on holders of Class 3 Tort Claims, via standard U.S. Mail, upon the parties listed on the attached **Exhibit C**.

_Michelle Heftka_

Sworn to before me
this 17th day of December 2024

_Colleen A. Thomas_
Notary Public

COLLEEN A. THOMAS
No. 01TH6388687
Notary Public, State of New York
Qualified in Erie County
My Commission Expires Mar. 11, 2027

66222089v2

# Exhibit "A"

Samuel Miles Meirowitz
Meirowitz & Wasserberg, LLP
1040 6th Avenue, Suite 12B
New York, NY 10018

Joseph W. Allen, Esq.
Office of the U.S. Trustee
Olympic Towers
300 Pearl Street, Suite 401
Buffalo, NY 14202

Theresa M. Walsh
Brown Chiari LLP
2470 Walden Avenue
Buffalo, NY 14225

Coopers Creek Chemical Corp.
Attn: Scott Morris
884 River Road
West Conshohocken, PA 19428

Corfu Machine Co Inc.
Attn: Dave Johnson
1977 Genesee Street
Corfu, NY 14036

Southern Minerals, Inc.
Attn: Dick Johnson
PO Box 770
Bluefield, WV 24701

Laura Rowley, Esq.
U.S. Department of Justice
Env. and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044

Reed Smith LLP
Attn:  Luke A. Sizemore, Esq.
225 Fifth Avenue, Suite 1200
Pittsburgh, Pennsylvania 15222

Harris Beach PLLC
Attn: Kevin Tompsett, Esq.
99 Garnsey Road
Pittsford, NY 14534

US Attorney's Office, WDNY
Attn: James P. Kennedy, Jr., Esq. and
Kevin D. Robinson, Esq.
138 Delaware Avenue
Buffalo, NY 14202

Creighton, Johnsen & Giroux
Attn: E. Joseph Giroux, Jr., Esq.
1103 Delaware Avenue
Buffalo, NY 14209

Michael Thomas Szczygiel
Richmond Vona, LLC
6400 Main Street, Suite 130
Williamsville, NY 14221

Stephen M. Nagle, Special Counsel
NYS Department of Law
Environmental Protection Bureau
The Capitol
Albany, NY 12224

Colleen Brigante as Ind. and Class
Representative Plaintiff
48 Warburton Place
Buffalo, NY 14223

Alfred Michael Anthony
Locks Law Firm
3 Becker Farm Road, Suite 105
Roseland, NJ 07068

David L. Gordon, Esq.
U.S. Department of Justice
Env. and Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044

Justin Lee Klein
Hobbie, Corrigan & Bertucio, P.C.
125 Wyckoff Road
Eatontown, NJ 07724

Edward Leo Smith
Dolce & Panepinto
1260 Delaware Avenue
Buffalo, NY 14209

Charles Harrison Cobb
Collins & Collins
267 North Street
Buffalo, NY 14201

Brian Robert Hogan
Brown Chiari LLP
2470 Walden Avenue
Buffalo, NY 14225

Daniel Joshua Wasserberg
Meirowitz & Wasserberg, LLP
1040 6th Avenue, Suite 12B
New York, NY 10018

Richard James Lippes
Lippes & Lippes
1109 Delaware Avenue
Buffalo, NY 14209

Kush Shukla
Meirowitz & Wasserberg, LLP
1040 6th Avenue, Suite 12B
New York, NY 10018

Mary DeLuca
72 Mosher Drive
Tonawanda, NY 14150

Scott J. Bogucki, Esq.
43 Court Street, Suite 930
Buffalo, NY 14202

Andrew W. Keir
Environmental Enforcement Section
United States Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044

Seth Kupferberg
Assistant Attorney General
Office of the Attorney General
28 Liberty Street
New York, NY 10005

Arnold & Porter Kaye Scholer LLP
Attn: Rosa J. Evergreen
601 Massachusetts Avenue, NW
Washington, DC 20001

Gross Shuman P.C.
Attn: Robert J. Feldman, Esq.
465 Main Street, Suite 600
Buffalo, New York 14203

Baumeister Denz, LLP
Attn: Art Baumeister
174 Franklin Street, Suite 2
Buffalo, NY 14202

John A. Mueller, Esq.
Lippes Mathias Wexler Friedman LLP
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202-2216

New York State Department of Labor,
Counsel's Office
Attn: Joan K. Harris
State Office Campus, Building 12, Room 509
Albany, NY 12240

Dival Safety Equipment, Inc.
1721 Niagara Street
Buffalo, NY 14207

Advanced Manufacturing &
Mechanical, Inc.
3043 Lakeshore Blvd., Unit 9
Blasdell, NY 14219

American Express
P.O. Box 650448
Dallas, Texas 75265

Southern Minerals, Inc.
P.O. Box 770
Bluefield, WV 24701

Rhino Energy LLC
15318 N. May, Ste. A
Edmond, OK  73013

Cintas Corp.
c/o Doritex Corp.
11980 Walden Avenue
Alden, NY 14004

Global Environmental
3514 New Road
Dunkirk, NY 14048

Bright Systems, Inc.
c/o Bond, Schoeneck & King PLLC
Attn:  Mitchell Banas, Esq.
200 Delaware Avenue
Buffalo, NY 14202

Metso Minerals Industries, Inc.
275 N. Corporate Drive
Brookfield, WI 53045

Chiampou Travis Besaw & Kerschner
LLP
45 Bryant Woods
N. Amherst, NY  14228

Constellation New Energy, Inc.
P.O. Box 4640
Carol Stream, IL 60197

Schagrin Associates
900 Seventh Street, N.W., Ste. 500
Washington, D.C. 20001

Alro Steel Corp.
c/o Klein Steel Service, Inc.
105 Vanguard Parkway
Rochester, NY  14606

National Maintenance Contracting
Corp.
P.O. Box 258
Niagara Falls, NY 14304

Kubota Materials Canada Corporation
P.O. Box 1700
Fahramet Division
Orilla, Ontario L3V 6L6
Canada

ACCCI
25 Massachusetts Avenue, NW
Suite 800
Washington D.C. 20001

Aptim Environmental & Infrastructure
150 Royal Street
Canton, MA 02021

Perry L. Shusterman
Meirowitz & Wasserberg, LLP
1040 6th Avenue, Suite 12B
New York, NY 10018

Ms. Jan Deitch
ACCCI Director of Administration
911 White Water Drive
Mars, PA 16046

Tamroy, Inc.
18 Limestone, Suite 1
Williamsville, New York 14221
Attn:  Robert K. Durkin, Treasurer

American Funds
P.O. Box 2280
Norfolk, VA 23501

Jill M. Zubler
Office of the U.S. Trustee
Olympic Towers
300 Pearl Street, Suite 401
Buffalo, New York 14202

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101

Susan L. Quagliana
1201 LaSalle Avenue
Grand Island, NY  14072

Honeywell International Inc.
Arnold & Porter Kaye Scholer LLP
Rosa J. Evergreen, Esq., 601
Massachusettes Avenue, NW
Washington, DC  20001

Paul R. Borczywski
28 Griswold Street
Buffalo, NY  14206

Powers Coal and Coke, LLC
Reed Smith LLC
Luke A. Sizemore, Esq., 225 Fifth Avenue
Pittsburg, PA  15222

Certain Creditors with Pending Class
Action or Personal Injury Lawsuits
Collins & Collins Attorneys, LLC
Michael Szczygiel, Esq., 267 North Street
Buffalo, NY  14201

Dale Armstrong
Meirowitz & Wasserberg, LLP
1040 6th Avenue, Suite 12B
New York, NY  10018

New York State Department of Labor,
Labor Bureau
120 Broadway
New York, NY  10271

Ahmed Alkawaz
133 Lydia Lane
Buffalo, NY  14225

Dashaun Young
751 Robin Road
Amherst, NY  14222

New York State Department of Labor
State Office Campus
Building # 12, Room # 256
Albany, NY  12240

John Robbins
Dolce Panepinto Attorneys at Law
Edward L. Smith, III, Esq., 1260 Delaware
Avenue
Buffalo, NY  14209

Haun Welding Supply Inc.
Bond, Schoeneck & King, PLLC
Sara C. Temes, Esq., One Lincoln Center
Syracuse, NY  13202

Carol M. Merckel
Brown Chiari LLP
Theresa M. Walsh, Esq., 2470 Walden
Avenue
Buffalo, NY  14225

Powers Coal and Coke, LLC
1501 Ligonier Street
Latrobe, PA  15650

# Exhibit "B"

A&F Wholesale Insulation
c/o Lipsitz Green Scime Cambria LLP
42 Delaware Avenue, Suite 120
Buffalo, NY  14202

ACCCI
American Coke and Coal Chemicals
Institute
Jan Deitch
Director of Administration
911 White Water Drive,

Accountemps
Attn:  Karen Lima
P.O. Box 5024,
San Ramon, CA  94583

Adams SFC Inc.
225 East Park Drive
Tonawanda, NY  14150

Admar Construction Equipment &
Supplies
1950 Brighton Henrietta Townline Road
Rochester, NY  14623-8000

ADP LLC
1851 N. Resler
El Paso, TX  79912

Adsco Manufacturing Corporation
4979 Lake Ave.
Buffalo, NY  14219

Advance Industries
P.O. Box 173
South Wales, NY  14139

Advanced Manufacturing & Mechanical,
Inc
3043 Lakeshore Blvd., Unit 9
Buffalo, NY  14219

Affinity Personnel Solutions, Inc.
3407 Delaware Avenue
Suite 221,
Kenmore, NY  14217

Allied  Mineral Products, Inc.
2700 Scioto Parkway
Columbus, OH  43221

Alpha Analytical, Inc.
Jules B. Selden, Esq.
23 Hemlock Drive,
Norwell, MA  2061

Applied Industrial Technologies, Inc.
c/o Diane Misenko
One Applied Plaza,
Cleveland, OH  44115

Aptim Environmental & Infrastructure
Attn:  Megan Peffers
4171 Essen Lane,
Baton Rouge, LA  70809

Bright's Systems Inc.
c/o Bond, Schoeneck & King PLLC
Mitchell Banas, Esq., 200 Delaware Ave.,
Suite 900
Buffalo, NY  14202

BS & B Safety Systems LLC
P.O. Box 470590
Tulsa, OK  74147

BS & B Safety Systems LLC
P.O. Box 470590
Tulsa, OK  74147

Chemical Distributors, Inc.
80 Metcalfe Street
Buffalo, NY  14206

City Electric Co., Inc.
c/o James Czaplicki
450 Tracy Street,
Syracuse, NY  13204

Constellation NewEnergy, Inc.
c/o C. Bradley Burton
1310 Point Street, 12th Floor,
Baltimore, MD  21231

Corfu Machine Co.
1977 Genesee Street
Corfu, NY  14036

Dival Safety Equipment, Inc.
1721 Niagara Street
Buffalo, NY  14207

Doritex Corporation
11980 Walden Avenue
Alden, NY  14004

Doritex Corporation
11980 Walden Avenue
Alden, NY  14004

Fireline Group Ltd.
611 W. 5th Street
Erie, PA  16507

GHD Services, Inc.
c/o Scott Weiner
4747 N. 22nd Street, Suite 200
Phoenix, AZ  85016

Global Environmental Industrial
Kevin Austin
3501 Chadwick Drive,
Dunkirk, NY  14048

Harris Beach PLLC
Attn: Kevin Tompsett, Esq.
99 Garnsey Road,
Pittsford, NY  14534

Hazard Evaluations, Inc.
3636 N. Buffalo Road
Orchard Park, NY  14127

Healthworks WNY LLP
1900 Ridge Road
West Seneca, NY  14224

Holiday Ice LLC
322 Vine Street
Syracuse, NY  13203

JGB Enterprises, Inc.
115 Metropolitan Drive
Liverpool, NY  13088

Kirchner, LLC
P.O. Box 242
Tonawanda, NY  14151

Klein Steel Service Inc.
Euler Hermes NA Insurance Co., as Agent
800 Red Brook Blvd.,
Owings Mills, MD  21117

Kovalchick Corporation
1060 Wayne Ave.
P.O. Box,
Indiana, PA  15701

Kurk Fuel Company
c/o Woods Oviatt Gilman
William F. Savino, Esq., 1900 Main Place
Tower
Buffalo, NY  14202

L.T. Harnett Trucking, Inc.
7431 State Route 7
Kinsman, OH  44428

Lacey Heavy Equipment Repair, Inc.
Leonard G. Tilney, Jr.
80 Park Avenue,
Lockport, NY  14094

Landstar Ligon
Attn: Dawn Bowers
13410 Sutton Park Drive South,
Jacksonville, FL  32224

Lardon Construction Corp.
c/o Rupp Pfalzgraf
1600 Liberty Building, 424 Main Street
Buffalo, NY  14202

M.B. Orsolits Co., Inc.
73 Lafayette Blvd.
Buffalo, NY  14221

Mallare Enterprise Inc.
174 N. Ellicott Creek Road
Amherst, NY  14228

Martech Controls
Division of Safety, Inc.
119 Foster Street, Bldg. 6
Peabody, MA  O1960

McCullagh Coffee
245 Swan St.
Buffalo, NY  14204

McMaster-Carr Supply, Inc.
200 Aurora Industrial Parkway
Aurora, OH  44202

MPW Industrial Services
9711 Lancaster Road, SE
Hebron, OH  43025

National Fuel Gas Distribution Corporation
c/o Phillips Lytle LLP
Attn:  William J, Brown, Esq., 125 Main
Street
Buffalo, NY 14203

National Grid
300 East Blvd., W
Syracuse, NY  13202

Neu-Velle, LLC
1667 Lake Avenue
Bldg. 59, Suite 101,
Rochester, NY  14615

New York State Department of
Environmental Conservation
c/o NYS Attorney General
Attn:  Stephen M. Nagel, The Capitol
Albany, NY  12224

New York State Deptartment of
Environmental Conservation
c/o NYS Office of the Attorney General
EPB
The Capitol,
Albany, NY  12224

New York State Dept. of Taxation &
Finance
Bankruptcy Section
P.O. Box 5300,
Albany, NY  12205

Niagara Wholesale Supply Co. Inc.
4100 Witmer Rd.
Niagara Falls, NY  14305

NOCO Energy Corporation
Attn: Josette Puhl/Express
2440 Sheridan Drive,
Tonawanda, NY  14150

NYS Thruway Authority
EZ-Pass New York
200 Southern Blvd.,
Albany, NY  12201

Oak Mountain Industries
500 Superior St., #4
Carnegie, PA  15106

Pariso Logistics, Inc.
c/o Getman & Biryla, LLP
800 Rand Building, 14 Lafeyette Square
Buffalo, NY  14203

Philipps Bros. Supply Inc
2525 Kensington Ave.
Buffalo, NY  14226

Praxair Distribution, Inc.
P.O. Box 120812
Dept. 0812,
Dallas, TX  75312

R.L. Stone Company, Inc.
c/o Diane Misenko
One Applied Plaza,
Cleveland, OH  44115

Rand Worldwide Subsidiary Inc.
d/b/a Imaginit Technologies
Melissa Whiting, 11201 Dolfield Blvd.,
Ste. 112
Owings Mills, MD  21117

Resco Products, Inc.
Euler Hermes NA Insurance Co., as Agent
800 Red Brook Blvd.,
Owings Mills, MD  21117

Rhino Energy LLC
Adam R. Kegley
250 West Main Street, Suite 2800
Lexington, KY  40507

Rouse Breihan, Inc.
P.O. Box 420
Buffalo, NY  14226

Safety-Kleen/Clean Harbors
600 Longview Drive
Norwell, MA  O2061

Schaefer Plumbing Supply, Inc.
146 Clinton Street
Buffalo, NY  14203

Roger B. Schagrin OC
Schagrin Associates
900 Seventh Avenue N.W., Suite 500
Washington, DC  20001

Seal & Design Inc.
4015 Casilio Pkwy
Clarence, NY  14031

Siewert Equipment Co., Inc.
175 Akron Street
Rochester, NY  14609

Sleep Inn
75 Inn Keepers Lane
Buffalo, NY  14228

Steel City Salt, LLC
Ruth M. Phillips
83 Pfohl Road,
Cheektowaga, NY  14225

Stritt & Priebe, Inc.
37 Clyde Ave.
Buffalo, NY  14215

Tarver Transit Corporation
P.O. Box 287
Tonawanda, NY  14151

The Holiday Ice Company
322 Vine St.
Syracuse, NY  13203

Tops Markets, LLC
Michael J. Biehler
P.O. Box 1027,
Buffalo, NY  14240

Total Crane Systems, Inc.
2225 Kenmore Ave., #104
Buffalo, NY  14207

United States of America - U.S.
Department of Justice
U.S. Attorney's Office
138 Delaware Avenue,
Buffalo, NY  14202

University Emergency Medical
P.O. Box 3487
Buffalo, NY  14240

Upstate Steel
1800 Dale Road
Cheektowaga, NY  14225

USA EPA
US Department of Justice, ENRD
601 D. Street, NW, Room 2121
Washington, DC  20004

Vanocur Refractories LLC
P.O. Box 146
Tonawanda, NY  14151

W.W. Grainger, Inc.
401 South Wright Road
W4E C37,
Janesville, WI  53546

Young & Swartz, Inc.
39 Cherry St.
Buffalo, NY  14204

ACI Controls, Inc.
P.O. Box 8000
Department #575,
Buffalo, NY  14224

Active Workforce Inc.
853 Brighton Rd.
Tonawanda, NY  14150

American Express
P.O. Box 650448
ATTN:  Payment Processing,
Dallas, TX  75265

American Express Travel Related Services
Company, Inc.
c/o Becket and Lee LLP
Gregory P. Deegan, P.O. Box 3001
Malvern, PA  19355

Willson International Inc.
160 Wales Avenue, Suite 100
Tonawanda, NY 14150

YRC Freight
P.O. Box 13573
Newark, NJ 07188

AT&T
P.O. Box 5019
Carol Stream, IL  60197

AT&T Corp. and AT&T Services, Inc.
c/o Karen A. Cavagnaro
One AT&T Way, Room 3A104
Bedminster, NJ  07921

AT&T Mobility
P.O. Box 6463
Carol Stream, IL  60197

Auburn Filtersense LLC
800 Cummings Center
Suite 355W,
Beverly, MA  1915

Ausmus Logistics LLC
P.O. Box 633
Buffalo, NY  14231

B.J. Muirhead Company, Inc.
115 Mid County Dr.
Orchard Park, NY  14127

Bailey Electric Motor & Pump Supply, Inc
2186 Main St.
Corfu, NY  14036

Baker Corp.
P.O. Box 843596
Los Angeles, CA  90084

Beacon Lubricants Inc.
1170 Edinboro Road
Erie, PA  16512

Benchley Crane
P.O. Box 220
Forestville, NY  14062

Bobcat of Buffalo
6511 S. Transit Rd.
Lockport, NY  14094

Boulevard Optical
55 Crosspoint Pkwy #120
Getzville, NY  14068

Brute Spring & Equipment Inc.
717 Elk Street
Buffalo, NY  14210

Buffalo Bearings, Inc.
1175 Military Road
Buffalo, NY  14217

Buffalo Wire Works Company, Inc.
P.O. Box 1239
Buffalo, NY  14240

BXI Consultants Inc.
33 Peuquet Pkwy.
Tonawanda, NY  14150

Carrier Controls
P.O. Box 275
Springville, NY  14141

Chiampou Travis Besaw & Kerschner LLP
5110 Main Street, Suite 215
Buffalo, NY  14221

Clerk, U.S. District Court, WDNY
2 Niagara Square
Buffalo, NY  14202

Computersearch Corporation
331 John James Audubon Pkwy.
Buffalo, NY  14228

Coopers Creek Chemical Corp.
P.O. Box 782915
Philadelphia, PA  19178

Crawford Custom Consulting Inc.
11139 Cutter Rd.
Meadville, PA  16335

De Lage Landen Financial Services Inc.
P.O. Box 41602
Philadelphia, PA  19101

Dennis Lauricella
6292 Webster Road
Orchard Park, NY  14127

| | | |
|---|---|---|
| Eaton Office Supply Co.<br>180 John Glenn Dr.<br>Buffalo, NY  14228 | ECI Macola/Max, LLC<br>1136 Paysphere Circle<br>Chicago, IL  60674 | Ed's Tire Service Inc.<br>P.O. Box 2641<br>Buffalo, NY  14240 |
| El-Don Battery Inc.<br>4109 St. Francis Dr.<br>Hamburg, NY  14075 | ERB Company, Inc.<br>1400 Seneca St.<br>Buffalo, NY  14210 | Erie Coke Corporation<br>P.O. Box 35317<br>Newark, NJ  7193 |
| Eugene Wilkowski<br>16 Sebring Drive<br>Depew, NY 14043 | Farley Riggers & Movers<br>700 Richfield Street<br>Lockport, NY 14094 | Fasteners Direct<br>545 Basket Road<br>Webster, NY  14580 |
| Federal Express Corporation<br>P.O. Box 371461<br>Pittsburgh, PA  15250 | Flagship Investment Group Inc<br>3939 West Ridge Road<br>Erie, PA  16506 | Fosbel Ceramic Technologies<br>20600 Sheldon Road<br>Brookpark, OH  44142 |
| Grainger<br>50 McKesson Parkway<br>Buffalo, NY  14225 | Greenberg Traurig LLP<br>200 Park Avenue<br>New York, NY  10166 | Guardian Environmental Associates, Inc.<br>2619 Parker Blvd.<br>Tonawanda, NY  14150 |
| Hickman Williams & Company<br>250 E. 5th Street, Suite 300<br>Cincinnati, OH  45202 | IMAGINiT Technologies, Inc.<br>28127 Network Place<br>Chicago, IL  60673 | Indiana Michigan Power Co.<br>P.O. Box 371496<br>Pittsburgh, PA  15250 |
| Innovative Solutions<br>3495 Winton Place<br>Building C, Suite 2,<br>Rochester, NY  14623 | Interactive Health Inc.<br>1700 East Golf Road, Suite 900<br>Schaumburg, IL  60173 | J.J. Keller & Associates Inc.<br>P.O. Box 6609<br>Carol Stream, IL  60197 |
| K & E Fabricating Company, Inc.<br>40 Stanley Street<br>Buffalo, NY  14206 | Kehr-Buffalo Wire Frame Co., Inc.<br>P.O. Box 806<br>Grand Island, NY  14072 | Kenmore Cab Dispatch Services<br>35 Skillen St.<br>Buffalo, NY  14207 |
| KOM Automation Inc.<br>P.O. Box 5129<br>Buffalo, NY  14240 | Kuljit Singh<br>194 Enchanted Forest<br>Depew, NY  14043 | |
| Lakes Pipe & Supply Corporation<br>P.O. Box 429<br>Niagara Falls, NY  14302 | Len-Co Lumber<br>1445 Seneca St.<br>Buffalo, NY  14210 | Mass Mutual Financial Group<br>37 Franklin St., #600<br>Buffalo, NY  14202 |

| | | |
|---|---|---|
| Medfirst Urgent Care, LLC<br>P.O. Box 8000<br>Dept. 168,<br>Buffalo, NY  14267 | Meridian IT Inc.<br>P. O. Box 71426<br>Chicago, IL  60694 | Metalworking Lubricants Company<br>P.O. Box 214379<br>Auburn Hills, MI  48321 |
| Metso Minerals Industries, Inc.<br>Dept. CH 19629<br>Palatine, IL  60055 | Midwest Industrial Supply, Inc.<br>P.O. Box 75545<br>Cleveland, OH  44101 | Moley Magnetics, Inc.<br>5202 Commerce Dr.<br>Lockport, NY  14094 |
| NAM Manufacturers<br>Center for Legal Action<br>733 10th Street NW, Suite 700,<br>Washington, DC  20001 | National Maintenance Contracting Corp.<br>P.O. Box 304<br>Niagara Falls, NY  14304 | New York State Department of Health<br>Wadsworth Center ELAP<br>P.O. Box 509, LAB ID #10505,<br>Albany, NY  12201 |
| North State Supply Company<br>P.O. Box 70<br>Buffalo, NY  14217 | Nuchereno Auto Inc.<br>1021 Tonawanda St.<br>Buffalo, NY  14207 | Nuway Auto Parts<br>415 West Main Street<br>Rochester, NY  14608 |
| O'Brien & Gere Engineers, Inc.<br>P.O. Box 8000<br>Dept. 956,<br>Buffalo, NY  14267 | Omni Services, Inc.<br>P.O. Box 350016<br>Boston, MA  02241-5160 | Orkin Pest Control<br>60 Earhart Dr., Ste. 1<br>Buffalo, NY  14221 |
| Pooley Inc.<br>207 West Heron Street<br>Buffalo, NY  14201 | Powers Coal & Coke, LLC<br>4807 Rockside Rd. #640<br>Independence, OH  44131 | Powers Drivers, Inc.<br>P.O. Box 10<br>Buffalo, NY  14220 |
| R.M. Headlee Company Inc.<br>3649 California Rd.<br>Orchard Park, NY  14127 | R.P. Adams, Inc.<br>P.O. Box 95359<br>Palatine, IL  60095 | Republic Services #111<br>P.O. Box 9001099<br>Louisville, KY  40290 |
| Riverside Chemical Company<br>P.O. Box 197<br>North Tonawanda, NY  14120 | Root, Neal & Company<br>P.O. Box 101<br>Buffalo, NY  14240 | Southern Minerals, Inc.<br>P.O. Box 770<br>Bluefield, WV  24701 |
| Southworth-Milton, Inc.<br>P.O. Box 3851<br>Boston, MA  2241 | Spatial Integrated Systems, Inc.<br>P.O. Box 5635<br>Kinston, NC  28503 | Sri Quality System Registrar<br>300 Northpointe Cir #304<br>Seven Fields, PA  16046 |
| Stapleco Inc.<br>7172 Ellicott Road<br>Orchard Park, NY  14127 | Staples Business Advantage<br>Dept. ROC<br>P.O. Box 41526,<br>Boston, MA  02241-5256 | Supervisor - Waste Water Treatment<br>779 Two Mile Creek<br>Tonawanda, NY  14150 |

Taylor Technologies Inc.
31 Loveton Circle
Sparks Glencoe, MD  21152

Teledyne Monitor Labs
12497 Collections Drive
Chicago, IL  60693

Thermo Environmental Instruments LLC
P.O. Box 742784
Atlanta, GA  30374

Tonawanda Town Clerk
Room 14 Municipal Building
2919 Delaware Avenue,
Buffalo, NY  14217

United Materials LLC
561 Pavement Road
Lancaster, NY  14086

USI Insurance Services National
98 Fort Path Road
P.O. Box 18117,
Madison, CT  6443

Van Pelt Corporation
P.O. Box 780012
Philadelphia, PA  19178

Van Wyk Risk & Financial Management
2237 Wealthy Street
Grand Rapids, MI  49506

Waste Technology Services, Inc.
Dept. No. 389
P.O. Box 8000,
Buffalo, NY  14267

# Exhibit "C"

Elizabeth C. Harris
284 Main Street
Tonawanda, NY 14150

Jodi Hausrath
127 Presidents Place
Williamsville, NY 14221

Jodi Hausrath, as Parent and Natural
Guardian of K. H.
127 Presidents Place
Williamsville, NY 14221

Jodi Hausrath, as Parent and Natural
Guardian of A. H.
127 Presidents Place
Williamsville, NY 14221

Jodi Hausrath, as Parent and Natural
Guardian of A. H.
127 Presidents Place
Williamsville, NY 14221

Robert Hausrath
127 Presidents Place
Williamsville, NY 14221

Robert Hausrath, as Parent and Natural
Guardian of K. H.
127 Presidents Place
Williamsville, NY 14221

Robert Hausrath, as Parent and Natural
Guardian of A. H.
127 Presidents Place
Williamsville, NY 14221

Robert Hausrath, as Parent and Natural
Guardian of A. H.
127 Presidents Place
Williamsville, NY 14221

Josephine Kudlets
284 Main Street
Tonawanda, NY 14150

Claudia J. Kurtzworth
162 Bouck Street
City of Tonawanda, NY 14150

William M. Hayes, III
343 Gunnell Avenue
Buffalo, NTY 14218

Catherine Heimback-Murdie
46 Manning Road
Amherst, NY 14226

John M. Heimback, Jr.
504 Moore Avenue
Tonawanda, NY 14223

Nancy L. Hellerer
Ind. And as Widow of
Ronald Heller
446 Adam Street
Tonawanda, NY 14150

Alice Henel
47 Dorset Drive
Tonawanda, NY 14223

Arlene Henel
47 Dorset Drive
Tonawanda, NY 14223

Barbara Hennemen
298 Wadsworth Avenue
Tonawanda, NY 14150

Donna Hennesey
42 Parkedge Court
Tonawanda, NY 14150

Linda L. Henry
22 James Avenue
Tonawanda, NY 14150

Raymond H. Henry
22 James Avenue
Tonawanda, NY 14150

Marilyn Herby
25 Barton Court
Kenmore, NY 14217

Michael K. Higgins
1358 Daneglo Drive
North Tonawanda, NY 14120

Joyce A. Hoffman Hogenkamp
241 Rogers Court
Tonawanda, NY 14150

Andrew M. Hoffman Hogenkamp
241 Rogers Court
Tonawanda, NY 14150

Kenneth R. Hoover
1536 Ferry Road
Grand Island, NY 14072

Kimberlee Hoyt
299 Newfield Street
Buffalo, NY 14207

Frank A. Iacono
2509 David Drive
Niagara Falls, NY 14304

Maria Johnson
45 Commodore Avenue
Tonawanda, NY 14150

Betty J. Kaefer
2562 Baseline Road
Grand Island, NY 14072

M. Lorraine Kehoe
921 Baseline Road
Grand Island, NY  14072

Catherine S. Kelleher
291 Newfield Street
Buffalo, NY  14207

Susanna Kelleher
291 Newfield Street
Buffalo, NY  14207

Jacqueline Kenney
2356 Staley Road
Grand Island, NY  14072

Jacqueline Kenney,
as Parent and Natural Guardian of B.K.
2356 Staley Road
Grand Island, NY  14072

John Kisker
274 McConkey Drive
Tonawanda, NY  14223

Dorene Klenk
98 Elmwood Park East
Tonawanda, NY  14150

Dorene Klenk, as Widow of Robert
Klenk
98 Elmwood Park East
Tonawanda, NY  14150

Martin Kober
8 Niagara Shore Drive
Tonawanda, NY  14150

Sue Kolbe
81 Nicholas Drive North
Tonawanda, NY  14150

Patricia Kostusiak
78 Colonial Avenue
Kenmore, NY  14217

Mary Jane Kovachi
109 Brendan Avenue
Town of Tonawanda, NY  14217

Diane Kowalski
103 Hackett Drive
Tonawanda, NY  14150

Charles Kristich, Sr.
89 Lowell Road
Kenmore, NY  14217

Dorothy Kristich
89 Lowell Road
Kenmore, NY  14217

Catherine Krueger
167 Montblue Drive
Getzville, NY 14068

Lawrence Axelson
263 Shetland Drive
Amherst, NY 14221

Lawrence Axelson, as Administrator of
the Estate of Elaine Axelson
263 Shetland Drive
Amherst, NY 14221

Thomas L. Barr
125 Grandview Drive
Amherst, NY14228

DeNien M. Barr
125 Grandview Drive
Amherst, NY 14228

Catherine Barr
125 Grandview Drive
Amherst, NY 14228

Justin Barr
125 Grandview Drive
Amherst, NY 14228

Colleen Brigante
48 Warburton Place
Buffalo, NY 14223

Colleen Brigante, as Class
Representative Plaintiff
48 Warburton Place
Buffalo, NY 14223

Colleen Brigante, as Parent and Natural
Guardian of M.B.
48 Warburton Place
Buffalo, NY 14223

William Brown
39 Colonial Drive
Tonawanda, NY 14150

Karen Brown
39 Colonial Drive
Tonawanda, NY 14150

Donna Cameron
3402 Baseline Road
Grand Island, NY 14072

Robert Cameron
3402 Baseline Road
Grand Island, NY 14072

Donna Cameron, as Parent and Natural
Guardian of I.C.
3402 Baseline Road
Grand Island, NY 14072

Robert Cameron, as Parent and Natural Guardian of I.C.
3402 Baseline Road
Grand Island, NY 14072

Theresa J. Carbone
115 Welwyn Circle
Buffalo, NY 14223

Robert C. Carbone
115 Welwyn Circle
Buffalo, NY 14223

Nicholas Carbone
115 Welwyn Circle
Buffalo, NY 14223

Mary Szanyi-Coffey
151 Ames Avenue
Tonawanda, NY 14150

Mary Szanyi-Coffey, as Administrator of the Estate of Robert J. Coffey, Jr.
151 Ames Avenue
Tonawanda, NY 14150

Margaret Cuzydlo
211 Brookside Terrace
Tonawanda, NY 14150

Richard Cuzydlo
211 Brookside Terrace
Tonawanda, NY 14150

Kenneth B. Darin
6720 Minnick Road
Lockport, NY 14094

Frank Deluca
72 Mosher Drive
Tonawanda, NY 14150

Mary Deluca
72 Mosher Drive
Tonawanda, NY14150

Frank Deluca as Class Representative Plaintiff
72 Mosher Drive
Tonawanda, NY 14150

Mary Deluca as Class Representative Plaintiff
72 Mosher Drive
Tonawanda, NY 14150

Morgan Greene
2344 Colvin Blvd. Exd.
Tonawanda, NY 14150

Morgan Greene as a Class Representative Plaintiff
2344 Colvin Blvd. Exd.
Tonawanda, NY 14150

William Morog
111 Garfield Avenue
Niagara Falls, NY 14305

Janice Miller
262 Wadsworth Avenue
Tonawanda, NY 14150

Robert Drappo
111 Dunlop Avenue
Tonawanda, NY 14150

Ann Drappo
111 Dunlop Avenue
Tonawanda, NY 14150

Bonnie Guggemos
154 Jamaica Road
Tonawanda, NY 14150

Brian Guggemos
154 Jamaica Road
Tonawanda, NY 14150

Britany Guggemos
154 Jamaica Road
Tonawanda, NY 14150

Bradley Guggemos
154 Jamaica Road
Tonawanda, NY 14150

Maureen Schmitt
866 North Forest Road
Buffalo, NY 14221

Maureen Schmitt as Executrix of the Estate of Raymond Nuchereno
866 North Forest Road
Buffalo, NY 14221

Jennifer Ratajczak
23 Woodcrest Blvd.
Buffalo, NY 14223

Glenn Ratajczak
23 Woodcrest Blvd.
Buffalo, NY 14223

Benjamin Ratajczak
23 Woodcrest Blvd.
Buffalo, NY 14223

Jessica Ratajczak
23 Woodcrest Blvd.
Buffalo, NY 14223

Robert Snyder
124 Grayton Road
Tonawanda, NY 14150

Denise Snyder
124 Grayton Road
Tonawanda, NY 14150

Tim A. Vanlear
35 Bellhurst Road
Tonawanda, NY 14150

Mary Westphal
203 Mapleview Drive
Tonawanda, NY 14150

Mary Westphal as Parent and Natural
Guardian of J.W.
203 Mapleview Drive
Tonawanda, NY 14150

John Robbins
4708 Miller Road
Niagara Falls, NY 14304

Carol Merckel
2324 East River Road
Grand Island, NY 14072

Sarah Ross
48 Shelley Court
Tonawanda, NY 14150

Jennifer L. Abbott
78 Briggs Avenue
Buffalo, NY 14207

Anthony Adimey
164 Kohler Street
Tonawanda, NY 14150

Dana Allen
126 Wickham Drive
Williamsville, NY 14221

John Akright
183 Grove Street
Tonawanda, NY 14150

Lorena Akright
183 Grove Street
Tonawanda, NY 14150

Cecilia Artman
58 Karen Drive
Tonawanda, NY 14150

Elmer Artman
58 Karen Drive
Tonawanda, NY 14150

Rose Atkinson
30 James Avenue
Tonawanda, NY 14150

Larry Badgley
5445 Barnum Road
Akron, NY 14001

Andrew Baranyi
2490 E. River Road
Grand Island, NY 14072

Theresa Baranyi
568 E. River Road
Grand Island, NY 14072

Theresa Baranyi as Parent and Natural
Guardian of K.B.
568 E. River Road
Grand Island, NY 14072

Andrew Baranyi as Parent and Natural
Guardian of K.B.
568 E. River Road
Grand Island, NY 14072

Jill Beauregard
1550 East Park Road
Grand Island, NY 14072

Patricia Benk
5 Riverview Avenue
Tonawanda, NY 14150

William Benk
5 Riverview Avenue
Tonawanda, NY 14150

Linda Benns
74 Schwegler
Grand Island, NY 14072

Laurel Berry
6060 Fairlane Drive
Clarence Center, NY 14032

Jennifer Beyer
51 Fountain Park
Tonawanda, NY 14223

Eric Blendowski
6 Whitman Place
Tonawanda, NY 14150

Fairy Blue
126 Dupont Avenue
Tonawanda, NY 14150

DeReese Blue
126 Dupont Avenue
Tonawanda, NY 14150

Fairy Blue as Widow of Hollowith Blue
126 Dupont Avenue
Tonawanda, NY 14150

Duane Blue
1720 Virginia Circle SW
Marbleton, GA 30126

Suzanne Boling
295 Brookside Terrace
Tonawanda, NY 14150

Trent Boling
295 Brookside Terrace
Tonawanda, NY 14150

Trent Boling as Parent and Natural
Guardian of T.B.
295 Brookside Terrace
Tonawanda, NY 14150

Suzanne Boling as Parent and Natural
Guardian of T.B.
295 Brookside Terrace
Tonawanda, NY 14150

Trent Boling as Parent and Natural
Guardian of T.B.
295 Brookside Terrace
Tonawanda, NY 14150

Suzanne Boling as Parent and Natural
Guardian of T.B.
295 Brookside Terrace
Tonawanda, NY 14150

Trent Boling as Parent and Natural
Guardian of T.B.
295 Brookside Terrace
Tonawanda, NY 14150

Suzanne Boling as Parent and Natural
Guardian of T.B.
295 Brookside Terrace
Tonawanda, NY 14150

Brian Bojanowski
278 Lowell Road
Tonawanda, NY 14217

Deborah Brennan
3196 Love Road
Grand Island, NY 14072

Gloria Burns
49 Dupont Avenue
Tonawanda, NY 14150

Susan Brent
164 Sawyer Street
Tonawanda, NY 14150

Mindy Brent
247 Parkedge Avenue
Tonawanda, NY 14150

Dina Brumbaugh
215 E. Felton Street
North Tonawanda, NY 14120

Dina Brumbaugh as Parent and Natural
Guardian of D.B.
215 E. Felton Street
North Tonawanda, NY 14120

Heather Buck
26352 Cowiapo Circle
Punta Gorda, FL 33983

Thomas Calandra
501 Claremont, Apt. N
Kenmore, NY 14223

Aimee Calire
55 Ralston Avenue, No. 406
Kenmore, NY 14217

Carolyn Campas
2670 Eggert Road
Tonawanda, NY 14150

Mary Cannizzaro
141 McKinley Avenue
Kenmore, NY 14217

Mary Cannizzaro as Parent and Natural
Guardian of M.C.
141 McKinley Avenue
Kenmore, NY 14217

Mary Cannizzaro as Parent and Natural
Guardian of J.C.
141 McKinley Avenue
Kenmore, NY 14217

Kathie Capozzi
100 Marion Drive
Tonawanda, NY 14150

Robin Harper
111 Eiseman Avenue, No. 1
Kenmore, NY 14217

Robin Harper as Parent and Natural
Guardian of B.C.
111 Eiseman Avenue, No. 1
Kenmore, NY 14217

Patricia Carson
284 Main Street, # 302
Tonawanda, NY 14150

Moreen Ciancio
152 Clinton Street
Tonawanda, NY 14150

Anthony Coker
1395
Washington Drive, Apt. D
Newport News, VA 23603

Rena Coker
141 Aldrich Place
Buffalo, NY 14220

Rena Coker as Parent and Natural
Guardian of T.C.
141 Aldrich Place
Buffalo, NY 14220

Janice Collins
159 Crosby Avenue
Kenmore, NY 14217

Dolores Connelly
112 Paramount Parkway
Buffalo, NY 14223

Jeffrey Cooke, Sr.
775 North Colony Road
Grand Island, NY 14150

Karen Coomber
2189 Bedell Road, Apt. 3
Grand Island, NY 14072

D. Thomas Cope
2024 Harvey Road
Grand Island, NY 14072

Jackie James-Creedon
43 Wardman Road
Kenmore, NY 14217

Susan Crockett
561 Adam Street
Tonawanda, NY 14150

Carolyn Cross
110 West Hazeltine Avenue
Kenmore, NY 14217

Carolyn Cross as Natural Parent and
Representative of ___ C.
110 West Hazeltine Avenue
Kenmore, NY 14217

Lorraine Dale
956 Enola Road
Grand Island, NY 14072

Theodore Deck, Jr.
44 Brookville Drive
Tonawanda, NY 14150

Joelle Cuviello
3125 Lake Valencia Lane
East Palm Harbor, FL 34684

Jacqueline Dillon
49 Crowley Avenue
Buffalo, NY 14207

Kim Dils
7286 Derby Road
Derby, NY 14047

Diane DiMaggio
76 Winkler Drive
Tonawanda, NY 14150

Diane DiMaggio as Widow of Paul
DiMaggio
76 Winkler Drive
Tonawanda, NY 14150

Denise DiMaggio
110 Ralston Avenue
Kenmore, NY 14217

Carol DiPasquale
261 School Street
Kenmore, NY 14217

Laurel Dolpp
37 Mitchell Drive
Tonawanda, NY 14150

Lloyd Dolpp
37 Mitchell Drive
Tonawanda, NY 14150

Terry Douglas
4 Riverview Avenue
Tonawanda, NY 14150

Lisa Marie Dunne
107 Wendel Avenue
Tonawanda, NY 14150

Charles Erckert III
44 Crowley Avenue
Buffalo, NY 14207

Dorothy Erckert
44 Crowley Avenue
Buffalo, NY 14207

Dorothy Erckert as Parent and Natural
Guardian of C.E.
44 Crowley Avenue
Buffalo, NY 14207

Dorothy Erckert as Parent and Natural
Guardian of D.E.
44 Crowley Avenue
Buffalo, NY 14207

Dorothy Erckert as Parent and Natural
Guardian of L.E.
44 Crowley Avenue
Buffalo, NY 14207

Dorothy Erckert as Parent and Natural
Guardian of M.E.
44 Crowley Avenue
Buffalo, NY 14207

Dorothy Erckert as Parent and Natural
Guardian of D.E.
44 Crowley Avenue
Buffalo, NY 14207

Charles Erckert III as Parent and
Natural Guardian of C.E.
44 Crowley Avenue
Buffalo, NY 14207

Charles Erckert III as Parent and
Natural Guardian of D.E.
44 Crowley Avenue
Buffalo, NY 14207

Charles Erckert III as Parent and
Natural Guardian of L.E.
44 Crowley Avenue
Buffalo, NY 14207

Charles Erckert III as Parent and
Natural Guardian of M.E.
44 Crowley Avenue
Buffalo, NY 14207

Charles Erckert III as Parent and
Natural Guardian of D.E.
44 Crowley Avenue
Buffalo, NY 14207

Sandra Erckert
668 Longmeadow Drive
Amherst, NY 14226

Sandra Erckert as Parent and Natural
Guardian of P.E.
668 Longmeadow Drive
Amherst, NY 14226

Michael Erckert
131 Willowgreen Drive
Amherst, NY 14228

George Erickson
45 Marlee Drive
Tonawanda, NY 14150

Patricia Erickson
45 Marlee Drive
Tonawanda, NY 14150

Bonnie Eschborn
85 Beatrice Street
Tonawanda, NY 14207

Carolyn Evans
34 Coronet Drive
Tonawanda, NY 14150

Toni Fekete
533 Meadow Drive
West Seneca, NY 14224

Raymond Fischer
342 McConkey Drive
Tonawanda, NY 14223

Nancy Forbes
71 Murray Terrace
Tonawanda, NY 14223

Amy Beth Foster
3541 Sweet Home Road
Amherst, NY 14226

Denise Freedman
186 Woodstream Drive
Grand Island, NY 14072

Donald Freedman
186 Woodstream Drive
Grand Island, NY 14072

Denise Freedman as Parent and Natural
Guardian of K.F.
186 Woodstream Drive
Grand Island, NY 14072

Denise Freedman as Parent and Natural
Guardian of M.F.
186 Woodstream Drive
Grand Island, NY 14072

Denise Freedman as Parent and Natural
Guardian of B.F.
186 Woodstream Drive
Grand Island, NY 14072

Donald Freedman as Parent and Natural
Guardian of K.F.
186 Woodstream Drive
Grand Island, NY 14072

Donald Freedman as Parent and Natural
Guardian of M.F.
186 Woodstream Drive
Grand Island, NY 14072

Donald Freedman as Parent and Natural
Guardian of B.F.
186 Woodstream Drive
Grand Island, NY 14072

Donna Frentz
75 Burnside Drive
Tonawanda, NY 14150

Jack Gallagher
6601 Aiken Road
Lockport, NY 14094

Deborah Gallitto
113 Mullen Street
Tonawanda, NY 14150

Matthew Gallitto
113 Mullen Street
Tonawanda, NY 14150

Frank Ganci
47 Nichols Drive North
Tonawanda, NY 14150

Kenneth Gehring
201 Windermere Blvd.
Amherst, NY 14226

Frank Godell
85 Grosvenor Road
Buffalo, NY 14223

Thomas E. Goode
635 East River Drive
Grand Island, NY 14072

Melanie Campanella
55 Ralston Avenue, Apt. 316
Kenmore, NY 14217

Melanie Campanella as Executor of
Estate of Donna Grunzweig
55 Ralston Avenue, Apt. 316
Kenmore, NY 14217

Regina Guenther
356 Elmwood Road
Grand Island, NY 14072

Phil Haberstro
358 Argonne Avenue
Kenmore, NY 14217

Anna Hackett
105 Kaufman Avenue
Tonawanda, NY 14150

William Hackett, Sr.
105 Kaufman Avenue
Tonawanda, NY 14150

Donna Harris
2849 Saunders Settlement Road
Sanborn, NY 14132

William Harris
2849 Saunders Settlement Road
Sanborn, NY 14132

Shaun Harris
2849 Saunders Settlement Road
Sanborn, NY 14132

Patrick Orloff
3995 Andrews Road
Ransomville, NY  14131

Dale Armstrong
c/o Daniel Wasserberg, Esq.
Mierowitz & Wasserberg, LLP
233 Broadway, # 2070
New York, NY 10279

Michael Rappl
126 Oakridge Avenue
Tonawanda, NY 14217

Andrea Rose Lewis
3687 Badura Avenue
Las Vegas, NV 89118

Brandi Lewis
c/o Richard J. Lippes, Esq.
Lippes & Lippes
1109 Delaware Avenue
Buffalo, NY 14209

Stacie McNett
234 Oakridge Avenue
Tonawanda, NY 14150

Cheryl McNett
131 Kaufman Avenue
Tonawanda, NY 14150

Dale McNett
131 Kaufman Avenue
Tonawanda, NY 14150

Richard McIntosh
327 Roesch Avenue
Buffalo, NY 14207

Kenneth Levea
26 Crane Place
Tonawanda, NY 14150

Amy Levea
26 Crane Place
Tonawanda, NY 14150

Marcia E. Marcy
44 Nicholas Drive North
Tonawanda, NY 14150

Colleen Marx
7 Cowper Circle
Tonawanda, NY 14150

Susan L. Mazur
10430 S. Protection Road
Chatham, NY 14030

Stephanie Jo Mazzone
343 Kinsey Avenue
Kenmore, NY 14217

Tammy McCue
2067 East River Road
Grand Island, NY 14072

Richard McCuen
452 Two Mile Creek Road
Tonawanda, NY 14150

Roger McEniry
20 Belmont Street
Buffalo, NY 14207

Donna McIntosh
327 Roesch Avenue
Buffalo, NY 14207

Mark McLellan
1548 Broadway
Grand Island, NY 14072

Jason McNett
131 Kaufman Avenue
Tonawanda, NY 14150

Louis McNett
234 Oakridge Avenue
Tonawanda, NY 14150

Dennis Mendola
105 Roswell Avenue
Buffalo, NY 14207

Terrence McCue
2067 East River Road
Grand Island, NY 14072

Nancy Mercurio
7186 Parkside Drive
Hamburg, NY 14075

Alfred Miller
262 Wadsworth Avenue
Tonawanda, NY 14150

Rebecca Morimo
379 Broad Street
Tonawanda, NY 14150

Mary Morog
111 Garfield Avenue
Niagara Falls, NY 14305

Russell Needham
256 Faraday Road
Tonawanda, NY 14223

Lynn O'Brien
501 Claremont Avenue
North Tonawanda, NY 14223

David O'Bryan
284 Main Street, Apt 102
Tonawanda, NY 14150

Karl Oertel
31 Desmond Court
Tonawanda, NY 14150

Lori Ann O'Neill
101 Elmwood ParkWest
Tonawanda, NY 14150

Shirley Padilla
19 Briggs Avenue
Buffalo, NY 14207

Tammy Park
163 Woodward Avenue
Kenmore, NY 14217

Daniel Pazik
52 Schuler Avenue
Tonawanda, NY 14150

Teresa Rose Perillo
9 Gren-way Alley
Buffalo, NY 14222

Renee Phillipone
2648 David Drive
Niagara Falls, NY 14304

Dorothy Poole
36 Murray Terrace
Tonawanda, NY 14150

Joan Pritchard
132 Garfield Street
Buffalo, NY 14207

Frank Puglisi
239 Pilgrim Road
Tonawanda, NY 14150

Louis Quagliana
27 Royal Oak Circle
Grand Island, NY 14072

Dennis Quinlan
285 Hinds Street
Tonawanda, NY 14150

Nicole Quinn
2204 Lancelot Drive
Niagara Falls, NY 14304

Mary Jo Riley
193 Marilyn Drive
Grand Island, NY 14072

Sally McCuen
452 Two Mile Creek Road
Tonawanda, NY 14150

Kathy Ryan
123 Kaufman Drive
Tonawanda, NY 14150

Angela Robinson
583 Delaware Avenue
Tonawanda, NY 14150

David Do Saj
664 Cleveland Drive #2
Cheektowaga, NY 14225

Donna Lee Sheehan
387 East & West Road
West Seneca, NY 14224

Carol Schlee
182 Wedgewood Drive
Williamsville, NY 14221

James Schlee
35 Ebling
Tonawanda, NY 14150

Ralph Selover
177 Brookside Terrace West
Tonawanda, NY 14150

Richard Sliwinski
101 School Street
Kenmore, NY 14217

Jackie Smilinich
240 Grove Street
Tonawanda, NY 14150

Patricia Stewart
261 Lowell Road
Kenmore, NY 14217

Kathleen Swanekamp
32 Roswell Avenue
Buffalo, NY 14207

Anne Adams Smutzer
293 Westgate Road
Kenmore, NY 14217

Shannon Spencer
146 Fairview Court
Grand Island, NY 14072

Shari Surdi
980 Stony Point Road
Grand Island, NY 14072

Robertina Steele
1300 N Lockwood Ridge Road, Apt 201
Sarasota, FL 34327

Betty Stennett
753 Fletcher Street
Tonawanda, NY 14150

Nancy Styn
7 Conant Drive
Tonawanda, NY 14223

Barbara Sydlowski
41 Churchill Street
Buffalo, NY 14207

Stephen Szopinski
7698 River Road
Mount Morris, NY 14510

Christopher Thomas
65 Hackett Drive
Tonawanda, NY 14150

Jeani Thomson
14 Balzac Court
Tonawanda, NY 14150

Lyle Tooke
30 Karen Drive
Tonawanda, NY 14150

Susan Torre
54 Tussing Lane
Tonawanda, NY 14150

Maureen Toth
2156 Long Road
Grand Island, NY 14072

Timothy Toth
42 Riverview Avenue
Tonawanda, NY 14150

Tanja Trifkovic
226 Parkedge
Tonawanda, NY 14150

Susan Trybalowski
215 Gibson Street
Tonawanda, NY 14150

Mark van Curen
167 Longview Road
Statesville, NC 28625

Djordjo Vanovac
338 Parkedge Avenue
Tonawanda, NY 14150

Timothy Van Lear
35 Bellhurst Road
Tonawanda, NY 14150

Dawn VandeWal
87 Werkley Road
Tonawanda, NY 14150

Joseph Waschensky Sr.
1030 Sheree Drive
Grand Island, NY 14072

Joseph Waschensky Jr
63 Kaufman Avenue
Tonawanda, NY 14150

Jennifer Weigold
23 Sandrock Road
Buffalo, NY 14207

Amy Weir
102 Coshway Place
Tonawanda, NY 14150

Tammy Willard
351 Niblick Circle
Winter Haven, FL 33881

Diane Laverne Willard
1330 N Lake Otis Drive SE
Winter Haven, FL 33880

Deanna Williams
146 Main Street, Apt 3
Tonawanda, NY 14150

Jen Witkowski
72 Fletcher Street
Tonawanda, NY 14150

Cave Wilson
274 Ontario Street
Buffalo, NY 14207

Cecilia Wood Nestor
34 Commodore Avenue
Tonawanda, NY 14150

Donna Wolcott
144 Moore Avenue
Kenmore, NY 14223

Kathleen Yeates
297 Newfield Street
Buffalo, NY 14207

Judith Zatyko
78 Dunlop Avenue
Tonawanda, NY 14150

Charles Zachowicz
294 Wadsworth Avenue
Tonawanda, NY 14150

Barbara Zeisz
52 Schuler Avenue
Tonawanda, NY 15140

Rosemary McEniry
20 Belmont Street
Buffalo, NY 14207

William Poole
36 Murray Terrace
Tonawanda, NY 14150

James Riley
193 Marilyn Drive
Grand Island, NY 14072

Thomas Ryan
123 Kaufman Drive
Tonawanda, NY 14150

Peter Stewart
261 Lowell Road
Kenmore, NY 14217

Kelly Thomas
65 Hackett Drive
Tonawanda, NY 14150

Bratislav Trifkovic
226 Parkedge
Tonawanda, NY 14150

Miljan Vanovac
338 Parkedge Avenue
Tonawanda, NY 14150

Sue Ann Waschensky
1030 Sheree Drive
Grand Island, NY 14072

Jeanette Wilson
274 Ontario Street
Buffalo, NY 14207

Paul Wolcott
144 Moore Avenue
Kenmore, NY 14223

Mary Zatyko
78 Dunlop Avenue
Tonawanda, NY 14150

Lynn Zachowicz
294 Wadsworth Avenue
Tonawanda, NY 14150

Doreen Zachowicz
294 Wadsworth Avenue
Tonawanda, NY 14150

Dawn VandeWal, as Parent and Natural
Guardian of J.V.
87 Werkley Road
Tonawanda, NY 14150

Louis McNett as Parent and Natural
Guardian of R.H.
234 Oakridge Avenue
Tonawanda, NY 14150

Louis McNett as Parent and Natural
Guardian of D.H.
234 Oakridge Avenue
Tonawanda, NY 14150

Louis McNett as Parent and Natural
Guardian of D.H.
234 Oakridge Avenue
Tonawanda, NY 14150

Stacie McNett as Parent and Natural
Guardian of D.H.
234 Oakridge Avenue
Tonawanda, NY 14150

Louis McNett as Parent and Natural
Guardian of R.H.
234 Oakridge Avenue
Tonawanda, NY 14150

Stacie McNett as Parent and Natural
Guardian of D.H.
234 Oakridge Avenue
Tonawanda, NY 14150

Nancy Mercurio, as Widow of Thomas
F. Mercurio
7186 Parkside Drive
Hamburg, NY 14075

Stacie McNett as Parent and Natural
Guardian of R.H.
234 Oakridge Avenue
Tonawanda, NY 14150

Stacie McNett as Parent and Natural
Guardian of R.H.
234 Oakridge Avenue
Tonawanda, NY 14150

Shirley Padilla, as surviving daughter of
Lovisa Anderson
19 Briggs Avenue
Buffalo, NY 14207

Lynn O'Brien as Parent and Natural
Guardian of C.R.
501 Claremont Avenue
North Tonawanda, NY 14223

Lynn O'Brien as Parent and Natural
Guardian of T.R.
501 Claremont Avenue
North Tonawanda, NY 14223

Shannon Spencer, as Parent and Natural
Guardian of Minor
146 Fairview Court
Grand Island, NY 14072

Anne Adams Smutzer, as Parent and
Natural Guardian of G.S.
293 Westgate Road
Kenmore, NY 14217

Anne Adams Smutzer, as Parent and
Natural Guardian of L.S.
293 Westgate Road
Kenmore, NY 14217

Christopher B. Thomas, as Parent and
Natural Guardian of P.T.
65 Hackett Drive
Tonawanda, NY 14150

Stephen Szopinski, as Trustee and
Executor of the Estate of Lottie M.
Szopinski
7698 River Road
Mount Morris, NY 14510

Susan Torre, as Parent and Natural
Guardian of N.T.
54 Tussing Lane
Tonawanda, NY 14150

Kelly Thomas, as Parent and Natural
Guardian of P.T.
65 Hackett Drive
Tonawanda, NY 14150

Christopher B. Thomas, as Parent and
Natural Guardian of M.T.
65 Hackett Drive
Tonawanda, NY 14150

Christopher B. Thomas, as Parent and
Natural Guardian of B.T.
65 Hackett Drive
Tonawanda, NY 14150

Tanja Trifkovic, as Parent and Natural
Guardian of S.T.
226 Parkedge
Tonawanda, NY 14150

Kelly Thomas, as Parent and Natural
Guardian of M.T.
65 Hackett Drive
Tonawanda, NY 14150

Kelly Thomas, as Parent and Natural
Guardian of B.T.
65 Hackett Drive
Tonawanda, NY 14150

Bratislav Trifkovic, as Parent and
Natural Guardian of N.T.
226 Parkedge
Tonawanda, NY 14150

Tanja Trifkovic, as Parent and Natural
Guardian of N.T.
226 Parkedge
Tonawanda, NY 14150

Bratislav Trifkovic, as Parent and
Natural Guardian of S.T.
226 Parkedge
Tonawanda, NY 14150