**Item 1.**      **Certification Of Authority To Vote.**

     The undersigned hereby certifies that the undersigned is the holder (or authorized signatory for such holder) of the Class 3 Tort Claim against Debtor in the below-listed amount:

Debtor: Tonawanda Coke Corporation      Amount: _20,000.00_

**Item 2.**      **Vote On Plan.**

     The undersigned holder of the Class 3 Tort Claim set forth in Item 1 votes as follows (**check one box only** – **if you do not check a box, or if you check both boxes, your vote will not be counted**):

     ☒ to **ACCEPT** the Plan      ☐ to **REJECT** the Plan

**Item 3.**      **Authorization.**

     By returning this Ballot, the undersigned holder of the Claim hereby certifies it is the holder of the claim set forth in Item 1 above and has full power and authority to vote to accept or to reject the Plan. To the extent the undersigned is voting on behalf of the actual holder of a claim, the undersigned certifies that it has the requisite authority to do so and will submit evidence of the same upon request.

     The undersigned further certifies that it (a) has received a copy of the Disclosure Statement (including the exhibits thereto), and (b) understands that the solicitation of votes for the Plan is subject to all the terms and conditions set forth in the Plan and Disclosure Statement.

Name: _Colleen Brigante_
         (Print or Type)
Signature: _Colleen Brigante_

By: _____
         (If Appropriate)
Title: _____
         (If Appropriate)
Street Address: _48 Warburton Pl._
City, State, Zip Code: _Buffalo NY. 14223_
Telephone Number: _(716) 536-0083_
Date Completed: _1/9/2025_



F I L E D

JAN 15 2025

BANKRUPTCY COURT
BUFFALO, NY

66181805v2