Item 1.  Certification Of Authority To Vote.

The undersigned hereby certifies that the undersigned is the holder (or authorized signatory for such holder) of the Class 3 Tort Claim against Debtor in the below-listed amount:

Debtor: Tonawanda Coke Corporation    Amount: $5,531,521.00

Item 2.  Vote On Plan.

The undersigned holder of the Class 3 Tort Claim set forth in Item 1 votes as follows (**check one box only** – **if you do not check a box, or if you check both boxes, your vote will not be counted**):

☒ to **ACCEPT** the Plan        ☐ to **REJECT** the Plan

Item 3.  Authorization.

By returning this Ballot, the undersigned holder of the Claim hereby certifies it is the holder of the claim set forth in Item 1 above and has full power and authority to vote to accept or to reject the Plan. To the extent the undersigned is voting on behalf of the actual holder of a claim, the undersigned certifies that it has the requisite authority to do so and will submit evidence of the same upon request.

The undersigned further certifies that it (a) has received a copy of the Disclosure Statement (including the exhibits thereto), and (b) understands that the solicitation of votes for the Plan is subject to all the terms and conditions set forth in the Plan and Disclosure Statement.

Name: Regina M Guenther (Print or Type)
Signature: [signature]
By: _____ (If Appropriate)
Title: _____ (If Appropriate)
Street Address: 356 Elmwood Rd
City, State, Zip Code: D.d NY 14072
Telephone Number: 716 912 5755
Date Completed: 1/9/25

66181805v2



FILED JAN 16 2025 BANKRUPTCY COURT BUFFALO, NY

Case 1-18-12156-CLB,  Doc 886,  Filed 01/16/25,  Entered 01/16/25 11:51:49, Description: Main Document , Page 1 of 1